# EXHIBIT B-4

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

PageVault

| | |
|---|---|
| Document title: | ▓▓▓▓▓▓▓▓▓▓ |
| Capture URL: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Captured site IP: | 142.250.73.206 |
| Page loaded at (UTC): | Wed, 13 Jan 2021 22:33:44 GMT |
| Capture timestamp (UTC): | Wed, 13 Jan 2021 22:34:29 GMT |
| Capture tool: | v7.5.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 121645ee-270f-4ef2-a414-5e143946d946 |
| User: | zs-pschmidt |

PDF REFERENCE #:    nZrJ5kYNkHtKsEGd1qUoCd

Ex. B-4



