**ZUCKERMAN SPAEDER LLP**
JON R. FETTEROLF (*Pro Hac Vice*)
jfetterolf@zuckerman.com
MARGARITA K. O'DONNELL (*Pro Hac Vice*)
modonnell@zuckerman.com
IVANO M. VENTRESCA (*Pro Hac Vice*)
iventresca@zuckerman.com
1800 M Street NW, Suite 1000
Washington, DC 20036-5807
Telephone:  (202) 778-1800
Facsimile:   (202) 822-8106

**CADER ADAMS LLP**
YASMIN CADER (State Bar No. 250762)
yasmincader@caderadams.com
CHRISTINE ADAMS (State Bar No. 172876)
christineadams@caderadams.com
865 S Figueroa St, 31st Floor
Los Angeles, California 90017
Telephone: (213) 408-4081
Facsimile:  (213) 408-4084

*Attorneys for Defendant Yasiel Puig*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JANE ROE, | CASE NO. 2:20-cv-11064-FLA-MRW |
| Plaintiff, | **DECLARATION OF YASIEL PUIG** |
| v. | |
| YASIEL PUIG; and DOES 1-10, inclusive, | |
| Defendants. | |

# DECLARATION OF YASIEL PUIG

I, Yasiel Puig, declare that:

1. I am a defendant in this action.
2. I have personal knowledge of the information in this declaration.
3. Attached as Exhibit 1 to this declaration is a true and correct copy of Instagram messages between the Plaintiff and myself from October 31, 2018 through February 9, 2019.
4. Attached as Exhibit 2 to this declaration is a true and correct copy of text messages between the Plaintiff and myself on February 18, 2019.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22 day of January, 2021 at Miami, Florida.

By: /s/ Yasiel Puig