|   |   |
|---|---|
| 1 | **ZUCKERMAN SPAEDER LLP** |
| 2 | JON R. FETTEROLF (*pro hac vice*) |
|   | jfetterolf@zuckerman.com |
| 3 | MARGARITA K. O'DONNELL (*pro hac vice*) |
|   | modonnell@zuckerman.com |
| 4 | IVANO M. VENTRESCA (*pro hac vice*) |
|   | iventresca@zuckerman.com |
| 5 | 1800 M Street NW, Suite 1000 |
|   | Washington, DC 20036-5807 |
| 6 | Teléfono:    (202) 778-1800 |
|   | Fax:            (202) 822-8106 |

**CADER ADAMS LLP**
YASMIN CADER (N.º de la Asociación de Abogados 250762)
yasmincader@caderadams.com
CHRISTINE ADAMS (N.º de la Asociación de Abogados 172876)
christineadams@caderadams.com
865 S Figueroa St, 31st Floor
Los Angeles, California 90017
Teléfono:    (213) 408-4081
Fax:            (213) 408-4084

*Abogados del Demandado Yasiel Puig*

# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

## DISTRITO CENTRAL DE CALIFORNIA

### DIVISIÓN DEL OESTE

| | |
|---|---|
| JANE ROE, | N.º DE CASO 2:20-cv-11064-FLA-MRW |
| Demandante, | |
| c/ | **DECLARACIÓN DE YASIEL PUIG** |
| YASIEL PUIG; e incluidos los NNE 1 al 10, | |
| Demandados. | |

# DECLARACIÓN DE YASIEL PUIG

Yo, Yasiel Puig, declaro que:

1. Soy un demandado en esta acción.
2. Tengo conocimiento personal de la información en esta declaración.
3. A esta declaración se adjunta como Muestra 1 una copia verdadera y exacta de mensajes de Instagram entre el Demandante y mi persona desde el 31 de octubre de 2018 hasta el 9 de febrero de 2019.
4. A esta declaración se adjunta como Muestra 2 una copia verdadera y exacta de mensajes de texto entre el Demandante y mi persona desde el 18 de febrero de 2019.

Declaro bajo pena de perjurio que lo anterior es cierto y correcto.
Formalizado a los 22 días de enero de 2021 en Miami, Florida.

Por: _____
Yasiel Puig

N.° de caso 2:20-cv-11064-FLA-MRW
DECLARACIÓN DE YASIEL PUIG

7598909.1