# EXHIBIT A-1

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

=====Transaction Is Starting=====

======MESAJLAR/MESSAGES=====

yasielpuig:            Hey   2/9/2019 5:00:09 PM

yasielpuig:            Hola   2/1/2019 12:38:04 AM

yasielpuig:            Hey how you been   12/6/2018 7:01:55 AM

▇▇▇▇▇▇▇ :           When do you come back   11/23/2018 9:39:14 PM

yasielpuig:            ☺you not have time for me   11/23/2018 6:45:06 AM

▇▇▇▇▇▇▇ : Shared None's story        yasielpuig    11/22/2018 10:37:24 PM

yasielpuig:            Hey you forget about me   11/21/2018 1:47:47 PM

▇▇▇▇▇▇▇ :              ♡  11/3/2018 11:15:43 PM

yasielpuig:            Hey 👋   11/1/2018 10:03:24 AM

▇▇▇▇▇▇▇ :                ▇▇▇▇▇▇   10/31/2018 9:17:27 PM

▇▇▇▇▇▇▇ :              ♡  10/31/2018 9:17:17 PM

▇▇▇▇▇▇▇ : Shared None's story        yasielpuig    10/31/2018 9:16:49 PM

▇▇▇▇▇▇▇ : Shared None's story        yasielpuig    10/31/2018 9:15:48 PM

Ex. A-1

2