# EXHIBIT A-2

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Start Time: 2/18/2019 5:23:46 AM(UTC+0)

Last Activity: 2/18/2019 5:31:45 AM(UTC+0)

Participants: +▓▓▓▓▓▓▓ , ▓▓▓▓▓▓▓

From: From: +▓▓▓▓▓▓▓

Timestamp: 2/18/2019 5:23:46 AM(UTC+0)

Source App: iMessage: +▓▓▓▓▓▓▓

Body:

Where'd you go

-----------------------------

From: From: +▓▓▓▓▓▓▓ (owner)

Timestamp: 2/18/2019 5:29:21 AM(UTC+0)

Source App: iMessage: +▓▓▓▓▓▓▓

Body:

Who is this

-----------------------------

From: From: ▓▓▓▓▓▓▓

Timestamp: 2/18/2019 5:29:32 AM(UTC+0)

Source App: iMessage: +▓▓▓▓▓▓▓

Body:

✏️🦉

-----------------------------

From: From: ▓▓▓▓▓▓▓

Timestamp: 2/18/2019 5:29:38 AM(UTC+0)

Source App: iMessage: +▓▓▓▓▓▓▓

Body:

Ex. A-2

4

███

------------------------------

From: From: +███████ (owner)

Timestamp: 2/18/2019 5:31:45 AM(UTC+0)

Source App: iMessage: +███████

Body:

███ from where

------------------------------

Ex. A-2