**ZUCKERMAN SPAEDER LLP**
JON R. FETTEROLF (*Pro Hac Vice*)
jfetterolf@zuckerman.com
MARGARITA K. O'DONNELL (*Pro Hac Vice*)
modonnell@zuckerman.com
IVANO M. VENTRESCA (*Pro Hac Vice*)
iventresca@zuckerman.com
1800 M Street NW, Suite 1000
Washington, DC 20036-5807
Telephone:   (202) 778-1800
Facsimile:    (202) 822-8106

**CADER ADAMS LLP**
YASMIN CADER (State Bar No. 250762)
yasmincader@caderadams.com
CHRISTINE ADAMS (State Bar No. 172876)
christineadams@caderadams.com
865 S Figueroa St, 31st Floor
Los Angeles, California 90017
Telephone: (213) 408-4081
Facsimile:   (213) 408-4084

*Attorneys for Defendant Yasiel Puig*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JANE ROE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YASIEL PUIG; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:20-cv-11064-FLA-MRW<br><br>**DECLARATION OF MARGARITA K. O'DONNELL** |

Case No. 2:20-cv-11064-FLA-MRW
DECLARATION OF MARGARITA K. O'DONNELL

# DECLARATION OF MARGARITA K. O'DONNELL

I, Margarita K. O'Donnell, declare that:

1. I am a partner at the law firm of Zuckerman Spaeder, LLP, in Washington D.C. and am admitted *pro hac vice* in this case. I am counsel for Defendant Yasiel Puig. If called as a witness, I could and would testify competently to the information set forth herein.

2. Attached hereto as Exhibit B-1 is an Instagram page that, based on upon information available to me, appears to be managed or owned by Plaintiff Jane Roe.

3. Attached hereto as Exhibit B-2 is an Instagram page that, based on upon information available to me, appears to be managed or owned by Plaintiff Jane Roe.

4. Attached hereto as Exhibit B-3 is a Twitter page that, based on upon information available to me, appears to be managed or owned by Plaintiff Jane Roe.

5. Attached hereto as Exhibit B-4 is a YouTube page that, based on upon information available to me, appears to be managed or owned by Plaintiff Jane Roe.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of January, 2021 at Washington, D.C.

By: /s/ *Margarita K. O'Donnell*
Margarita K. O'Donnell

Case No. 2:20-cv-11064-FLA-MRW

DECLARATION OF MARGARITA K. O'DONNELL