# EXHIBIT B-1

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**PageVault**

| | |
|---|---|
| Document title: | ▮▮▮▮▮▮▮▮▮▮▮ • Instagram photos and videos |
| Capture URL: | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| Captured site IP: | 31.13.66.174 |
| Page loaded at (UTC): | Wed, 13 Jan 2021 22:31:51 GMT |
| Capture timestamp (UTC): | Wed, 13 Jan 2021 22:32:41 GMT |
| Capture tool: | v7.5.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | e3cb6ee5-4655-44fa-9fc2-3dee03ea06b8 |
| User: | zs-pschmidt |

```
PDF REFERENCE #:    mukthT5KvVG4FVeR82h4am
```
Ex. B-1



Ex. B-1

Document title: ▮▮▮ • Instagram photos and videos
Capture URL: ▮▮▮
Capture timestamp (UTC): Wed, 13 Jan 2021 22:32:41 GMT