# EXHIBIT B-2

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

🔒 PageVault

| | |
|---|---|
| Document title: | ▮▮▮▮▮▮▮▮▮▮ • Instagram photos and videos |
| Capture URL: | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| Captured site IP: | 31.13.66.174 |
| Page loaded at (UTC): | Wed, 13 Jan 2021 22:32:58 GMT |
| Capture timestamp (UTC): | Wed, 13 Jan 2021 22:33:14 GMT |
| Capture tool: | v7.5.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 42a21b39-eb43-42b7-93c7-a0182431cbbc |
| User: | zs-pschmidt |

PDF REFERENCE #:    iWsjp23Papz8dw4jsWqp1V

Ex. B-2



Ex. B-2

Document title: ▮▮▮▮▮ • Instagram photos and videos
Capture URL: ▮▮▮▮▮
Capture timestamp (UTC): Wed, 13 Jan 2021 22:33:14 GMT

11

Page 1 of 1