# EXHIBIT B-3

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

![PageVault]

| | |
|---|---|
| Document title: | ███████████████ |
| Capture URL: | ███████████████████ |
| Captured site IP: | 104.244.42.193 |
| Page loaded at (UTC): | Wed, 13 Jan 2021 22:30:23 GMT |
| Capture timestamp (UTC): | Wed, 13 Jan 2021 22:31:24 GMT |
| Capture tool: | v7.5.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 94ad2e79-4963-4496-9596-e7dd6ca924b2 |
| User: | zs-pschmidt |

```
PDF REFERENCE #:     bbTxHWwq3eg6js3MR7ruoV
```
Ex. B-3

13



Ex. B-3

14