# EXHIBIT C

Ex. C

19



**Doug Pederson Fired By Eagles Just 3 Years After Super Bowl Win**



**Raiders' Josh Jacobs Not Hit With DUI Charge After Vegas Crash, Attorneys Say**



**Patrick Mahomes Gifts Fiancee Brittany Matthews With New Ride, '#MomCar!'**



**NBA Postpones Multiple Games Due To COVID-19**



**NASCAR Driver Hailie Deegan Uses R-Word During Virtual Race, Must Take Sensitivity Training**

Yasiel Puig Sued for Alleged Sexual Battery, MLB Star Denies Allegation

## YASIEL PUIG
# SUED FOR ALLEGED SEXUAL BATTERY
## ... Puig Denies Allegations

**235**                    *10/30/2020 11:13 AM PT*



Ex. C

20



**EXCLUSIVE**

Getty

## UPDATE

**11:11 AM PT** -- **10/30** -- The alleged victim's attorney, **Taylor Rayfield**, said in a scathing statement Friday the woman did NOT know Puig before the alleged encounter.

"The defendant is a professional athlete who used his celebrity status to intimidate and sexually assault a stranger," Rayfield said. "His brazen attack has caused emotional and psychological injuries to our client which have severely impacted her life."

The woman, still using the alias Jane Roe to protect her identity, added, "I was in complete shock because it all happened so fast."

"It was terrifying and humiliating and I don't want anyone else to have to suffer the same kind of trauma that I'm experiencing."

**5:13 PM PT** -- We talked to Yasiel Puig's attorney who tells us the MLB star categorically denies the accusations in the lawsuit.

MLB superstar **Yasiel Puig** is being sued by a woman accusing him of sexual battery at an NBA game back in 2018, according to court docs obtained by **TMZ Sports**.

The woman behind the lawsuit is using the pseudonym Jane Roe to protect her identity -- but claims Puig assaulted her at Staples Center on Oct 31, 2018.

In the docs, the woman alleged, "she was forced into a bathroom and Yasiel Puig grabbed at her trying to take her clothes off, touched her sexual organs during this struggle, and eventually pinned her with 1 arm and used his other to stroke his own penis, exposing himself, and eventually ejaculating."

The woman says in her lawsuit, she was "simply heading to use the bathroom" -- and did not go to the restroom with the intention of having a sexual encounter with Puig.

In her lawsuit, the woman does not say whether she went to law enforcement after the alleged incident -- we're digging to find out.



Ex. C

21

The date of the alleged assault correlates with a Lakers vs. Dallas Mavericks game at Staples Center -- and there are pics of Puig sitting courtside at that game.


Getty

The woman is suing for sexual battery, assault, intentional infliction of emotional distress, negligence and false imprisonment.

The woman does not specify an exact amount she's asking for -- but notes it's more than $50,000.

The accuser's attorney has confirmed with TMZ Sports that the Yasiel Puig mentioned in her lawsuit is in fact the MLB star.

We're reaching out to Puig for comment -- but so far, no word back.

*Originally Published --*   *10/29 12:06 PM PT*

SHARE                                           TWEET

ADVERTISING


Ex. C
22