# EXHIBIT D

1/13/23, 2:03 Case 2:20-cv-11064-FMO-MRW Document 26-1 Filed 01/22/21 Page 2 of 4 Page ID #:220
Woman sues former Dodger outfielder Yasiel Puig for alleged sexual assault

Watch Live

# Woman sues former Dodger outfielder Yasiel Puig for alleged sexual assault

**Published** October 30, 2020 | Sports | City News Service

**LOS ANGELES** - A woman has sued former Los Angeles Dodger outfielder Yasiel Puig, alleging he sexually assaulted her at Staples Center in 2018.

The woman is identified only as Jane Roe in the Los Angeles Superior Court lawsuit filed Thursday, also alleging assault and battery, intentional Infliction of emotional distress, negligence and false imprisonment. She seeks unspecified compensatory and punitive damages.

**Sponsored Stories**  Ad Content by Taboola |

**10 Credit Cards That Can't Be Beat In 2021**

Sponsored | NerdWallet

**Finally - New Clear, Comfy, Sociable Mask, With Anti-Fog Arrives In Unite...**

Sponsored | Crystal Shield

**New Senior Apartments in Washington Are Turning Heads**

Sponsored | Senior Living | Search Ads

**These Twins Were Named "Most Beautiful In The World," Wait Until**

Sponsored | Give It Love

**Chrissy Metz, 39, Shows Off Massive Weight Loss In Fierce New Photo**

Sponsored | Swift Verdict

A representative for Puig, who is now a free agent, could not be immediately reached.

Ex. D
24

The alleged attack happened during a Laker game at Staples Center on Oct. 31, 2018. The plaintiff did not know Puig and met him briefly while watching the basketball contest in the VIP lounge, according to the suit.

Roe alleges Puig grabbed her and forced her into a bathroom in the Chairman's Room lounge. Puig tried to pull off her clothes, touched her inappropriately and pinned her with one arm while he committed a lewd act, the suit alleges.

"The defendant is a professional athlete who used his celebrity status to intimidate and sexually assault a stranger," plaintiff's attorney Taylor Rayfield said. "His brazen attack has caused emotional and psychological injuries to our client which have severely impacted her life."

Roe said she is coming forward and filing the lawsuit because she believes she is not Puig's only such victim, and suspects more women have suffered from similar assaults.

"I was in complete shock because it all happened so fast," said Roe.

"It was terrifying and humiliating and I don't want anyone else to have to suffer the same kind of trauma that I'm experiencing."

The 29-year-old Puig signed a seven-year, $42 million contract to play for the Dodgers in 2013. Most recently, the outfielder played for the Cincinnati Reds and Cleveland Indians.

**Get your top stories delivered daily! Sign up for FOX 11's Fast 5 newsletter. And, get breaking news alerts in the FOX 11 News app. Download for iOS or Android.**

Ad Content by Taboola |

Ex. D
25

**The Best Credit Cards To Wipe Out Debt**

Sponsored | NerdWallet

**The Most Relaxing Farm Game of 2020. No Install**

Sponsored | Taonga: The Island Farm

This material may not be published, broadcast, rewritten, or redistributed. ©2021 FOX Television Stations

Ex. D

26