MARGARITA K. O'DONNELL (Pro Hac Vice)
modonnell@zuckerman.com
1800 M Street NW, Suite 1000
Washington, DC 20036-5807
Telephone:   (202) 778-1800
Facsimile:    (202) 822-8106

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE <br><br> PLAINTIFF(S) <br> v. <br> YASIEL PUIG AND DOES 1-10, inclusive <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:20-cv-11064-FLA-MRW <br><br> **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Exhibit I - CD of video interview

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

1/22/2021
Date

Margarita K. O'Donnell
Attorney Name

Yasiel Puig
Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                                   NOTICE OF MANUAL FILING OR LODGING