# EXHIBIT "1"

YP 2021.05.03 -- 000014

```
                2018.10.31 and following Text Exchanges
Start Time: 10/31/2018 10:36:11 PM(UTC-7)

Last Activity: 11/3/2018 2:14:23 PM(UTC-7)

Participants: +[ Y.P. Tel. No. ]

From: +[ Y.P. Tel. No. ]

Timestamp: 10/31/2018 10:36:11 PM(UTC-7)

Source App: iMessage

Body:

Prívate between me and me everything that happens no one has to know

-----------------------------

From: +[ Y.P. Tel. No. ]

Timestamp: 10/31/2018 10:55:37 PM(UTC-7)

Source App: iMessage

Body:

I can see you tonight boo

-----------------------------

From: +[ Y.P. Tel. No. ]

Timestamp: 10/31/2018 10:58:47 PM(UTC-7)

Source App: iMessage

Body:

Tao

-----------------------------

From: +[ Y.P. Tel. No. ]

Timestamp: 10/31/2018 10:58:57 PM(UTC-7)

Source App: iMessage
```

Page 1

YP 2021.05.03 -- 000015

2018.10.31 and following Text Exchanges

Body:

I want to see you boo I want you

-----------------------------

From: + [Y.P. Tel. No.]

Timestamp: 10/31/2018 11:07:08 PM(UTC-7)

Source App: iMessage

Body:

we can go to Tao and after that, go alone

-----------------------------

From: + [Y.P. Tel. No.]

Timestamp: 10/31/2018 11:22:21 PM(UTC-7)

Source App: iMessage

Body:

☹️☺️

-----------------------------

From: + [Y.P. Tel. No.]

Timestamp: 11/1/2018 12:30:26 AM(UTC-7)

Source App: iMessage

Body:

☹️☺️i sad you know here with me

-----------------------------

From: + [Y.P. Tel. No.]

Timestamp: 11/1/2018 1:53:56 AM(UTC-7)

Source App: iMessage

YP 2021.05.03 -- 000016

2018.10.31 and following Text Exchanges

Body:

Good night

------------------------------

From: + [Y.P. Tel. No.]

Timestamp: 11/1/2018 10:04:03 AM(UTC-7)

Source App: iMessage

Body:

GM boo

------------------------------

From: + [Y.P. Tel. No.]

Timestamp: 11/1/2018 10:41:09 AM(UTC-7)

Source App: iMessage

Body:

I going to see you again or no

------------------------------

From: + [Y.P. Tel. No.]

Timestamp: 11/1/2018 10:42:00 AM(UTC-7)

Source App: iMessage

Body:

Yesterday I was waiting for you

------------------------------

From: + [Y.P. Tel. No.]

Timestamp: 11/1/2018 10:46:15 AM(UTC-7)

Source App: iMessage

YP 2021.05.03 -- 000017

2018.10.31 and following Text Exchanges

Body:

boo answer me pls do time I'd like to see you

-----------------------------

From: + [Y.P. Tel. No.]

Timestamp: 11/1/2018 10:47:52 AM(UTC-7)

Source App: iMessage

Body:

Studio city

-----------------------------

From: + [Y.P. Tel. No.]

Timestamp: 11/1/2018 12:09:21 PM(UTC-7)

Source App: iMessage

Body:

Boo you can today pls

-----------------------------

From: + [Y.P. Tel. No.]

Timestamp: 11/1/2018 12:09:36 PM(UTC-7)

Source App: iMessage

Body:

O tomorrow afternoon

-----------------------------

From: + [Y.P. Tel. No.]

Timestamp: 11/1/2018 6:27:51 PM(UTC-7)

Source App: iMessage

Page 4

YP 2021.05.03 -- 000018

2018.10.31 and following Text Exchanges

Body:

Hey boo what r you doing

------------------------------

From: +[Y.P. Tel. No.]

Timestamp: 11/1/2018 7:14:44 PM(UTC-7)

Source App: iMessage

Body:

Where r you

------------------------------

From: +[Y.P. Tel. No.]

Timestamp: 11/1/2018 7:14:55 PM(UTC-7)

Source App: iMessage

Body:

Where are you living

------------------------------

Timestamp: 11/1/2018 7:21:55 PM(UTC-7)

Source App: iMessage

Body:

[REDACTED: Roe's Neighborhood], what about you

------------------------------

From: +[Y.P. Tel. No.]

Timestamp: 11/1/2018 7:23:13 PM(UTC-7)

Source App: iMessage

Page 5

YP 2021.05.03 -- 000019

## 2018.10.31 and following Text Exchanges

Body:

Where

------------------------------

From: + [Y.P. Tel. No.]

Timestamp: 11/1/2018 7:23:27 PM(UTC-7)

Source App: iMessage

Body:

I what to see you so bad boo

------------------------------

From: + [Y.P. Tel. No.]

Timestamp: 11/1/2018 7:27:27 PM(UTC-7)

Source App: iMessage

Body:

Blvd hotel 🛏 studio city 🏙 pls

------------------------------

From: + [Y.P. Tel. No.]

Timestamp: 11/1/2018 7:32:07 PM(UTC-7)

Source App: iMessage

Body:

I want you

------------------------------

From: + [Y.P. Tel. No.]

Timestamp: 11/2/2018 9:24:23 AM(UTC-7)

Source App: iMessage

Page 6

YP 2021.05.03 -- 000020

2018.10.31 and following Text Exchanges

Body:

GM we can meet today at 1:30 or 2 in studio city or not boo pls

-----------------------------

From: + [Y.P. Tel. No.]

Timestamp: 11/2/2018 10:43:56 AM(UTC-7)

Source App: iMessage

Body:

☹️☹️☹️

-----------------------------

Timestamp: 11/2/2018 10:54:51 AM(UTC-7)

Source App: iMessage

Body:

I working it out!! I didn't forget about you

-----------------------------

From: + [Y.P. Tel. No.]

Timestamp: 11/2/2018 11:46:20 AM(UTC-7)

Source App: iMessage

Body:

Im going to see you or not love

-----------------------------

From: + [Y.P. Tel. No.]

Timestamp: 11/2/2018 11:46:22 AM(UTC-7)

Source App: iMessage

YP 2021.05.03 -- 000021

2018.10.31 and following Text Exchanges

Body:

Pls

----------------------------

From: +[ Y.P. Tel. No. ]

Timestamp: 11/2/2018 3:24:14 PM(UTC-7)

Source App: iMessage

Body:

No time for me

----------------------------

From: +[ Y.P. Tel. No. ]

Timestamp: 11/3/2018 9:36:24 AM(UTC-7)

Source App: iMessage

Body:

GM

----------------------------

From: +[ Y.P. Tel. No. ]

Timestamp: 11/3/2018 1:46:39 PM(UTC-7)

Source App: iMessage

Body:

Porque la risa

----------------------------

From: +[ Y.P. Tel. No. ]

Timestamp: 11/3/2018 2:14:23 PM(UTC-7)

Source App: iMessage

Page 8

YP 2021.05.03 -- 000022

2018.10.31 and following Text Exchanges

Body:

You not have time to see me

-----------------------------

YP 2021.05.03 -- 000011

 

Start Time: 2/18/2019 5:23:46 AM(UTC+0)

Last Activity: 2/18/2019 5:31:45 AM(UTC+0)

[C]    Participants: +[YP's Tel. No.] +[Roe's Tel. No.]

[C]    From: From: +[Roe's Tel. No.]

Timestamp: 2/18/2019 5:23:46 AM(UTC+0)

[C]    Source App: iMessage: +[YP's Tel. No.]

Body:

Where'd you go

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

[C]    From: From: +[YP's Tel. No.] (owner)

Timestamp: 2/18/2019 5:29:21 AM(UTC+0)

[C]    Source App: iMessage: +[YP's Tel. No.]

Body:

Who is this

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

[C]    From: From: +[Roe's Tel. No.]

Timestamp: 2/18/2019 5:29:32 AM(UTC+0)

[C]    Source App: iMessage: +[YP's Tel. No.]

Body:

🖊️⌛

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

[C]    From: From: +[Roe's Tel. No.]

Timestamp: 2/18/2019 5:29:38 AM(UTC+0)

[C]    Source App: iMessage: +[YP's Tel. No.]

Body:

CONFIDENTIAL      YP000001

YP 2021.05.03 -- 000012

[C]   Roe's Name

      ----------------------------

[C]   From: From: + YP's Tel. No. (owner)

      Timestamp: 2/18/2019 5:31:45 AM(UTC+0)

[C]   Source App: iMessage: + YP's Tel. No.

      Body:

[C]   Roe's Name from where

      ----------------------------

CONFIDENTIAL                                                                    YP000002