JOHN C. MANLY (State Bar No. 149080)
jmanly@manlystewart.com
TAYLOR RAYFIELD (State Bar No. 272300)
trayfield@manlystewart.com
COURTNEY P. PENDRY (State Bar No. 327382)
cpendry@manlystewart.com
**MANLY STEWART FINALDI**
19100 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 252-9990
Facsimile: (949) 252-9991

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANE ROE,<br><br>    Plaintiff,<br><br>v.<br><br>YASIEL PUIG, and DOES 1-10, inclusive,<br><br>    Defendant. | Case No. 2:20-cv-11064-FMO-MRW<br><br>**JANE ROE'S NOTICE OF MOTION TO STRIKE YASIEL PUIG'S FIRST AMENDED COUNTERCLAIM PURSUANT TO CODE OF CIVIL PROCEDURE § 425.16**<br><br>Judge:  Honorable Olguin<br><br>Date:  August 12, 2021<br>Time:  10:00 a.m.<br>Courtroom:  6D<br>Trial Date:    May 3, 2022 |

**TO THE ABOVE ENTITLED COURT AND TO DEFENDANT/COUNTERCLAIMANT, YASIEL PUIG, THROUGH HIS ATTORNEYS OF RECORD:**

    PLEASE TAKE NOTICE that on August 12, 2021, at 10:00 a.m. or as soon thereafter as counsel may be heard in the courtroom of the Honorable Fernando M. Olguin, Courtroom 6D, United District Court for the Central District of California, Plaintiff/Counter-Defendant JANE ROE (hereinafter "Jane Roe") will move pursuant to California Code of Civil Procedure § 425.16 to Strike the First and Second causes of Action of Defendant/Counterclaimant, Yasiel Puig's (hereinafter "Puig"), Counterclaim on the following grounds:

(1) All of the alleged defamatory statements made by Jane Roe are absolutely privileged under the fair and true reporting privilege. California *Civil Code* § 47(d)(1); and

(2) The conduct complained of in the First and Second Causes of Action is protected expression as defined by Code of Civil Procedure § 425.16(b)(1).

The instant Motion is based upon the Notice of Motion and attached Memorandum of Points and Authorities, on all attached exhibits and declarations – including the Declaration of Jane Roe and Declaration of Taylor Rayfield, on all judicially noticeable documents, on pleadings and papers on file in this action, and on other such matters and arguments as may be presented to this Court in connection with this Motion.

Jane Roe also reserves the right to request that the Court enter an award of attorneys' fees and costs pursuant to Code of Civil Procedure § 425.16(c).

DATED: July 8, 2021                **MANLY STEWART FINALDI**

By: /s/ Taylor Rayfield
TAYLOR RAYFIELD
Attorneys for Plaintiff

CERTIFICATE OF SERVICE
*Jane Roe v. Yasiel Puig et al.*
Case No.: 2:20-cv-11064-FMO-MRW

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On July 8, 2021, I served a true copy of **JANE ROE'S NOTICE OF MOTION TO STRIKE YASIEL PUIG'S FIRST AMENDED COUNTERCLAIM PURSUANT TO CODE OF CIVIL PROCEDURE § 425.16**

[ ] By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B)

[ ] By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the parties indicated on the attached service list;

[X] By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on **July 8, 2021,** at Irvine, California.

/s/Kathy Frederiksen

---

3
JANE ROE'S NOTICE OF MOTION TO STRIKE YASIEL PUIG'S FIRST AMENDED COUNTERCLAIM PURSUANT TO CODE OF CIVIL PROCEDURE § 425.16

## SERVICE LIST

**Alan J Jackson**
**Caleb E Mason**
Werksman Jackson and Quinn LLP
888 West 6th Street 4th Floor
Los Angeles, CA 90017
213-688-0460
Fax: 213-624-1942
Email: ajackson@werksmanjackson.com
cmason@werksmanjackson.com
*Attorneys for Defendant Yasiel Puig*

**Reed T Aljian**
Daily Aljian LLP
100 Bayview Circle
Suite 5500
Newport Beach, CA 92660
949-861-2524
Fax: 949-269-6364
Email: ra@dallp.com
*Attorneys for Defendant Yasiel Puig*

---

4
JANE ROE'S NOTICE OF MOTION TO STRIKE YASIEL PUIG'S FIRST AMENDED COUNTERCLAIM PURSUANT TO CODE OF CIVIL PROCEDURE § 425.16

MANLY STEWART FINALDI
19100 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone (949) 252-9990