EXHIBIT "4"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JANE ROE, | )Case No.:2:20-cv-11064-FMO-MRWx |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| YASIEL PUIG; and DOES | ) |
| 1-10, inclusive, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

VIDEOTAPED DEPOSITION OF

YASIEL PUIG

VOLUME I

MONDAY, MAY 10, 2021

10:22 a.m.

1

```
 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3                         WESTERN DIVISION

 4
      JANE ROE,                    )Case No.:2:20-cv-11064-FMO-MRW
 5                                 )
                   Plaintiff,      )
 6                                 )
                   v.              )
 7                                 )
      YASIEL PUIG; and DOES        )
 8    1-10, inclusive,             )
                                   )
 9                 Defendants.     )
      _____)
10

11

12

13

14

15

16

17

18

19

20

21

22        The videotaped deposition of YASIEL PUIG, taken on

23    behalf of the Plaintiff, before Louann Thibert, CSR No.

24    8152, for the State of California, at 10:22 a.m., on

25    Monday, May 10, 2021 via Remote Counsel.
```

2

Puig, Yasiel
Roe v. Puig

```
 1    APPEARANCES OF COUNSEL:

 2    FOR THE PLAINTIFF:

 3              MANLY, STEWART & FINALDI
                BY:  TAYLOR RAYFIELD
 4                   COURTNEY PENDRY
                     Attorneys at Law
 5              19100 Von Karman Avenue, Suite 800
                Irvine, California  92612
 6              (949) 252-9990
                trayfield@manlystewart.com
 7              cpendry@manlystewart.com

 8    FOR THE DEFENDANT:

 9              WERKSMAN JACKSON & QUINN LLP
                BY:  CALEB E. MASON
10                   D. SHAWN BURKLEY
                     Attorneys at Law
11              888 West 6th Street, Fl 4
                Los Angeles, California  90017-2729
12              (213) 688-0460
                cmason@werksmanjackson.com
13              Dsburkley@werksmanjackson.com

14

15    ALSO PRESENT:  Carmen Strickland, Certified Spanish

16                   Interpreter

17                   Blake Jones, Videographer

18

19

20

21

22

23

24

25
```

3

Puig, Yasiel
Roe v. Puig

```
 1                        I N D E X

 2   EXAMINATION BY:                              PAGE

 3   MS. RAYFIELD                                   8

 4

 5

 6                     E X H I B I T S

 7                       (None.)

 8

 9

10       WITNESS REFUSED AND/OR INSTRUCTED NOT TO ANSWER

11                PAGE              LINE(s)

12                 28                24

13                 31                16

14                 33                2, 15, 20

15                 34                4, 17

16                 36                11

17                 38                2, 15

18

19

20

21

22

23

24

25
```

**Jilio-Ryan Court Reporters**
**ph. 714.424.9902  info@jilioryan.com**

11:37:09  1    and I can certainly tell you, you have not been sworn at.

2    Nobody has sworn at you.

3             We're on Zoom.  We're thousands of miles apart.

4    There's nothing aggressive here at all.  My client is

11:37:23  5    correct that that was the first question that you have

6    asked that pertains to the allegations in the lawsuit

7    that you filed.

8             Let's ask the court reporter if -- or the

9    interpreter if they would like to take a break.  And if

11:37:37 10    so, we can take one.  We've been going for about a hour

11    and 20 minutes.  Madam Court Reporter and Madam

12    Interpreter, would anybody like to take a break for about

13    10 minutes?

14             THE INTERPRETER:  That would be nice.  Thank

11:37:50 15    you.

16             MS. RAYFIELD:  Sure.

17             MR. MASON:  Okay.  Thank you.  Let's do that.

18             THE VIDEOGRAPHER:  Off the record at 11:37 a.m.

19             (Off the record.)

11:54:26 20             THE VIDEOGRAPHER:  All right.  Returning to

21    record at 11:55 a.m.

22    BY MS. RAYFIELD:

23        Q    In 2020, for the 2020 season, did anyone ever

24    explain to you why they thought you didn't get signed for

11:55:18 25    that season?

| 11:55:29 | 1 | MR. MASON:  I'm going to object; that question |
| | 2 | calls for speculation. |
| | 3 | THE WITNESS:  Nobody told me anything.  I |
| | 4 | wasn't in the majors because I had COVID. |
| 11:55:51 | 5 | MS. RAYFIELD:  Madam Interpreter, I'm not sure |
| | 6 | if I understood you. |
| | 7 | THE WITNESS:  I wasn't in the majors because I |
| | 8 | had COVID. |
| | 9 | BY MS. RAYFIELD: |
| 11:56:01 | 10 | Q   So the reason why you didn't play in the MLB |
| | 11 | was because you had COVID? |
| | 12 | A   Yes.  Yes. |
| | 13 | Q   You didn't have COVID the whole season, right? |
| | 14 | A   No. |
| 11:56:34 | 15 | Q   So did anyone provide any other reasons why you |
| | 16 | did not get signed in the 2020 season other than when you |
| | 17 | had COVID? |
| | 18 | MR. MASON:  That is asked and answered.  That's |
| | 19 | my objection. |
| 11:57:01 | 20 | BY MS. RAYFIELD: |
| | 21 | Q   Go ahead. |
| | 22 | A   What's the next question? |
| | 23 | Q   I'm sorry.  I was looking for an answer to my |
| | 24 | question, so -- |
| 11:57:18 | 25 | A   I already answered the question. |

42

**Puig, Yasiel
**Roe v. Puig**

| | | |
|---|---|---|
| 11:57:21 | 1 | MR. MASON:  You know, for the record, it is |
| | 2 | really -- it is asked and answered. |
| | 3 | BY MS. RAYFIELD: |
| | 4 | **Q    Okay.  I'm asking if anyone told you any other** |
| 11:57:35 | 5 | **reasons other than having COVID for why you weren't** |
| | 6 | **signed in 2020?  That's all.** |
| | 7 | MR. MASON:  My objection is the question is |
| | 8 | asked and answered.  He already answered it.  Nobody told |
| | 9 | me anything, is what I heard. |
| 11:58:24 | 10 | THE WITNESS:  As I said -- as my attorney said, |
| | 11 | nobody told me anything.  After COVID, there was no |
| | 12 | opportunity in any of the teams and that was it. |
| | 13 | BY MS. RAYFIELD: |
| | 14 | **Q    And I'm just trying to clarify.  When we're** |
| 11:58:39 | 15 | **talking about COVID, are we talking about you having** |
| | 16 | **COVID or just COVID in general?  That's what I'm trying** |
| | 17 | **to figure out.** |
| | 18 | A    I told you that I had COVID and that's the |
| | 19 | reason why I couldn't play.  You don't -- you don't |
| 11:59:15 | 20 | understand the things that you don't want to understand. |
| | 21 | **Q    Okay.  How about for 2021, the 2021 season, did** |
| | 22 | **anyone ever explain to you why you were not signed to an** |
| | 23 | **MLB time so far in the 2021 season?** |
| | 24 | A    Well, the reason why I haven't signed with |
| 12:00:37 | 25 | anybody is because the reason why we are here today until |

43

**Jilio-Ryan Court Reporters
ph. 714.424.9902  info@jilioryan.com**

**Puig, Yasiel**
**Roe v. Puig**

```
12:37:00   1        A    I already told you that I don't know.
           2        Q    Did you give your phone number to anyone in the
           3   Chairman's Room during halftime?
           4        A    What would I give my phone number anybody for?
12:37:36   5        Q    So the answer's no?
           6        A    No.
           7        Q    Do you have Instagram?
           8        A    Yes.
           9        Q    And is your Instagram public?
12:38:01  10        A    Yes.
          11        Q    Do you have any other social media?
          12        A    All of them.
          13        Q    Which ones?
          14        A    All of them.
12:38:19  15        Q    Please name them.
          16        A    It's not necessary.
          17        Q    Are they all public?
          18        A    They are public person.   I am a public figure.
          19        Q    So are all your social media accounts public?
12:38:54  20        A    Yes.
          21        Q    Was the first contact that you had with
          22   plaintiff face to face?
          23        A    Yes.
          24        Q    What did you guys discuss at the first contact?
12:39:37  25        A    I don't remember.
```

59

**Jilio-Ryan Court Reporters**
**ph. 714.424.9902  info@jilioryan.com**

Puig, Yasiel
Roe v. Puig

```
 1
 2                            *  *  *
 3
 4          I do solemnly declare under penalty of perjury
 5     that the foregoing is my deposition under oath; are the
 6     questions asked of me and my answers thereto; that I have
 7     read same and have made the necessary corrections,
 8     additions or changes to my answers that I deem necessary.
 9
10
11          I witness thereof, I hereby subscribe my name
12     this _____ day of _____,_____.
13
14
15
16
17
18
19                              _____
20                              YASIEL PUIG
21
22
23
24
25
```

96

```
 1                        CERTIFICATION

 2                            OF

 3              CERTIFIED SHORTHAND REPORTER

 4

 5          The undersigned certified shorthand reporter

 6   of the state of California does hereby certify:

 7          That the foregoing proceedings were taken

 8   before me at the time and place therein set forth.

 9          That the notes of proceedings and all

10   objections made at the time of the proceedings were

11   recorded stenographically by me and thereafter

12   transcribed; said transcript being a true copy of my

13   shorthand notes thereof.

14          In witness whereof, I have subscribed my name

15   this date, May 25, 2021.

16

17                        _____

18                        LOUANN THIBERT
                           Certificate No.: 8152

19

20

21

22

23

24

25
```

97

```
1    CASE NAME: JANE ROE v. YASIEL PUIG

2    WITNESS NAME:  YASIEL PUIG

3    DATE TAKEN:  MAY 1015, 2021

4                       TRANSCRIPT ERRATA SHEET

5    The reasons for making changes are as follow:

6          1. To clarify the record;
             2. To conform to the facts;
7          3. To correct major transcription errors.

8          PAGE          LINE              CORRECTION & REASON

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____        _____
     SIGNATURE OF DEPONENT                DATE
25
```

98