JOHN C. MANLY, Esq. (SBN 149080)
jmanly@manlystewart.com
TAYLOR RAYFIELD, Esq. (SBN 272300)
trayfield@manlystewart.com
COURTNEY PENDRY, Esq. (SBN 327382)
cpendry@manlystewart.com
**MANLY, STEWART & FINALDI**
19100 Von Karman Ave., Suite 800
Irvine, CA 92612
Telephone: (949) 252-9990
Fax: (949) 252-9991

Attorneys of Record for Plaintiff,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JANE ROE,<br><br>    Plaintiff,<br><br>  v.<br><br>YASIEL PUIG; and DOES -10 inclusive.<br><br>    Defendants. | Case No.: 2:20-cv-11064-FMO-MRWx<br><br>**PLAINTIFF/COUNTER-DEFENDANT JANE ROE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF JANE ROE'S SPECIAL MOTION TO STRIKE PURSUANT TO C.C.P. § 425.16**<br><br>Date: August 12, 2021<br>Time: 10:00 a.m.<br>Courtroom: 6D<br>Trial Date: May 3, 2022 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff/Counter-Defendant Jane Roe hereby requests that the Court take judicial notice pursuant to Federal Rule of Evidence 201

of the below exhibits, in support of her Special Motion to Strike Pursuant to California Code of Civil Procedure § 425.16.  Pursuant to Federal Rule of Evidence 201, Jane Roe respectfully requests the Court take judicial notice of the following exhibits, true and correct copies of which are attached hereto:

| Exhibit | Description |
|---|---|
| 2 | A true and correct copy of Plaintiff Jane Roe's Complaint filed on October 29, 2020 in the Superior Court of the State of California for the County of Los Angeles, No. 20STCV41573. |
| 5 | A true and correct copy of a July 17, 2020 ESPN article entitled *Source: Yasiel Puig is still a free agent after positive COVID-19 test,* and is available at https://www.espn.com/mlb/story/_/id/29482502/yasiel-puig-quarantine-testing-positive-covid-19. |
| 6 | A true and correct copy of a July 13, 2017 ESPN article entitled *After celebrating homer, Yasiel Puig aims obscene gesture towards fans in Cleveland*, and is available at https://www.espn.com/mlb/story/_/id/19629021/los-angeles-dodgers-yasiel-puig-aims-obscene-gesture-fans. |
| 7 | A true and correct copy of an April 14, 2019 Los Angeles Times article entitled *Yasiel Puig left behind a complicated Dodgers legacy* and is available at https://www.latimes.com/sports/dodgers/la-sp-yasiel-puig-dodgers-legacy-reds-20190414-story.html. |
| 8 | A true and correct copy of a July 31, 2019 CNN article entitled *Yasiel Puig was in a benches-clearing brawl minutes after he reportedly was traded* and is available at |

| | | |
|---|---|---|
| | | https://www.cnn.com/2019/07/31/sport/reds-pirates-brawl-trnd/index.html. |
| | 9(a)-(b) | A true and correct copy of a December 14, 2020 YouTube video entitled *Yasiel Puig is the Most Misunderstood Player in Baseball | La Vida De Puig* and is available at https://www.youtube.com/watch?v=NwsyWcT8bIU. |
| | 10 | A true and correct copy of a November 2, 2020 KTLA article entitled *Woman accuses former Dodgers player Yasiel Puig of sexual assault*, and is available at https://ktla.com/news/local-news/woman-accuses-former-dodgers-player-yasiel-puig-of-sexual-assault/. |
| | 11 | A true and correct copy of a March 11, 2021 ESPN article entitled *Sexual assault allegations cloud Yasiel Puig's future in MLB*, and is available at https://www.espn.com/mlb/story/_/id/31044776/sexual-assault-allegations-cloud-yasiel-puig-future-mlb |
| | 12 | A true and correct copy of an April 14, 2021 press release issued by Jane Roe's counsel of record, which is available at https://app.box.com/s/qhcthkj0c7zdyvoj00u6ihzm5o54px63 |
| | 13 | A true and correct copy of Yasiel Puig and his attorney's April 13, 2021 press release, which is available at https://twitter.com/YasielPuig/status/1382090110380904450. |

**Internet Websites:**

A court may take judicial notice of any and all relevant facts that are "not subject to reasonable dispute." Fed. R. Evid. 201(b). This includes facts that are "generally known within the trial court's territorial jurisdiction," and facts that "can be accurately and readily determined from sources whose accuracy cannot

reasonably be questioned." Fed. R. Evid.201(b)(1)–(2). A court may properly take judicial notice of (1) material which is included as part of the complaint or relied upon by the complaint, and (2) matters in the public record. *See Marder v. Lopez*, 450 F.3d 445, 448 (9th Cir.2006); *Lee v. City of Los Angeles*, 250 F.3d 668, 688–89 (9th Cir.2001). Indeed, a court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2) (emphasis added). The Court may take judicial notice of these articles "to indicate what was in the public realm at the time, not whether the contents of those articles were in fact true." *Makaeff v. Trump Univ., LLC*, 715 F.3d 254, 259 n.2 (9th Cir. 2013) (quoting *Von Saher v. Norton Simon Museum of Art*, 592 F.3d 954, 960 (9th Cir. 2010)).

Judicial notice of Jane Roe's Exhibits 5, 6, 7, 8, 9, 10, 12, and 13 is appropriate because these articles illustrate material available within the public realm. Moreover, Exhibits 10, 11 and 12 may also be judicially noticed under the incorporation by reference doctrine, as they are cited to in Puig's Answer and Counterclaim. Under the incorporation by reference doctrine, a district court may consider documents "whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading." *In re Silicon Graphics Inc. Sec. Litig.*, 183 F.3d 970, 986 (9th Cir. 1999).

**Court Filings**:

Exhibit 2 is a court filing that is the proper subject of judicial notice. "Courts regularly take judicial notice of proceedings in other courts and facts that 'can be accurately and readily determined' from sources whose accuracy cannot reasonably be questioned." *Perez v. Kroger Co.,* 336 F.Supp.3d 1137, 1141 (C.D. Cal. 2018) (citing F. R. Evid. 201(b)(2)); *see also Montantes v. Inventure Foods*, No. 14-cv-1128-MWF, 2014 WL 3305578, at *2 (C.D. Cal. July 2, 2014)(stating that courts "take judicial notice of proceedings in other courts…if those proceedings have a

direct relation to matters at issue.") Moreover, courts "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue." *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F. 2d 244, 248 (9th Cir. 1992) (*citing St. Louis Baptist Temple, Inc. v. FDIC*, 605 F.2d 1169, 1172 (10th Cir. 1979)); *see also Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (taking "judicial notice of court filings and other matters of public record"); *Harris v. Cty. of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012) ("We may take judicial notice of undisputed matters of public record . . . including documents on file in federal or state courts." (internal citation omitted)); *Bennett v. Medtronic, Inc.*, 285 F.3d 801, 803 n.2 (9th Cir. 2002) (taking judicial notice of Tennessee state court filings).

Accordingly, Pursuant to Federal Rule of Evidence 201(b), Jane Roe respectfully requests that, in ruling on Jane Roe's Motion to Strike Pursuant to C.C.P § 425.16, the Court take judicial notice of these exhibits.

Dated: July 8, 2021             **MANLY, STEWART & FINALDI**

By:    /s/ Taylor Rayfield
TAYLOR RAYFIELD, Esq.
Attorneys of Record for Plaintiff,
JANE ROE

CERTIFICATE OF SERVICE
*Jane Roe v. Yasiel Puig et al.*
Case No.: **2:20-cv-11064-FMO-MRW**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On July 8, 2021, I served a true copy of **PLAINTIFF/COUNTER-DEFENDANT JANE ROE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF JANE ROE'S SPECIAL MOTION TO STRIKE PURSUANT TO C.C.P. § 425.16**

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B)

[ ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the parties indicated on the attached service list;

[X]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on **July 8, 2021,** at Irvine, California.

/s/Kathy Frederiksen

Certificate of Service
Case No. 2:20-cv-11064-FMO-MRWx

# SERVICE LIST

**Alan J Jackson**
**Caleb E Mason**
Werksman Jackson and Quinn LLP
888 West 6th Street 4th Floor
Los Angeles, CA 90017
213-688-0460
Fax: 213-624-1942
Email: ajackson@werksmanjackson.com
cmason@werksmanjackson.com
*Attorneys for Defendant Yasiel Puig*

**Reed T Aljian**
Daily Aljian LLP
100 Bayview Circle
Suite 5500
Newport Beach, CA 92660
949-861-2524
Fax: 949-269-6364
Email: ra@dallp.com
*Attorneys for Defendant Yasiel Puig*