ALAN JACKSON (State Bar No. 173647)
CALEB MASON (State Bar No. 246653)
WERKSMAN JACKSON & QUINN, LLP
888 W. 6th St. Fourth Floor
Los Angeles, CA 90017
213-688-0460
ajackson@werksmanjackson.com
cmason@werksmanjackson.com

REED ALJIAN (State Bar No. 211010)
DAILY ALJIAN LLP
100 Bayview Circle, Suite 5500
Newport Beach, CA 92660
Telephone: 949.861.2524
ra@dallp.com

Attorneys for Defendant and
Counter-Complainant YASIEL PUIG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JANE ROE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>YASIEL PUIG; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:20-cv-11064-FMO-MRW<br>**DISCOVERY MATTER**<br>**FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED JULY 7, 2021**<br>**DECLARATION OF REED ALJIAN IN SUPPORT OF DEFENDANT AND COUNTER-COMPLAINANT YASIEL PUIG'S SUPPLEMENTAL BRIEFING IN SUPPORT OF MOTION FOR PROTECTIVE ORDER, SUBMITTED PER ORDER OF THE COURT**<br>FAC Filed:　Dec. 30, 2020<br>Trial date:　May 3, 2022 |

DECLARATION OF REED ALJIAN ISO SUPPLEMENTAL BRIEF RE PROTECTIVE ORDER

## DECLARATION OF REED ALJIAN

I, Reed Aljian, declare as follows:

1. I am an attorney licensed to practice law before all state and federal courts in the State of California, including the United States District Court, Central District of California. I am the Managing Partner with the law firm of Daily Aljian LLP, counsel of record for Defendant and Counter-Complainant Yasiel Puig ("Defendant") in the above-referenced matter. I submit this declaration in support of Defendant's Supplemental Briefing In Support of Defendant's Request for Protective Order. The facts stated herein are true based upon my own personal knowledge or upon review of the records in my possession. If called as a witness, I could and would testify truthfully to the contents of this declaration.

2. Attached as Exhibit A is a true and correct copy of a redline of the [proposed] protective order, showing the proposed modification of the Court's model form, and providing that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3. On October 29, 2020, Plaintiff filed her complaint in state court against Defendant alleging (1) assault and battery; (2) intentional infliction of emotional distress; (3) negligence; and (4) false imprisonment. (ECF No. 1-1.) She filed a First Amended Complaint on December 30, 2020 (the "FAC"). (ECF No. 19.) The FAC alleges Defendant sexually assaulted her in a bathroom at the Staples Center on October 31, 2018, the night of a Laker game.

4. On May 28, 2021, Defendant filed an Answer denying all the allegations and explaining that they had a consensual sexual encounter. (ECF No. 62.) Defendant also filed counterclaims against Plaintiff for (1) defamation per se; and (2) defamation per quod. (*Id.*) On June 17, 2021, Defendant filed a First Amended Answer and Counterclaim ("FAA")

against Plaintiff for damages. (ECF No. 67.) The alleged defamatory statements referenced in the FAA are as follows:

    a.    Plaintiff falsely stated in an interview that Defendant sexually assaulted her;

    b.    Plaintiff's attorney falsely stated in an interview that she had text messages proving Defendant sexually assaulted Plaintiff; and

    c.    Plaintiff's attorney falsely stated in an interview that she had text messages wherein PUIG admitted "something happened," and, in the context of the interview, she was claiming Defendant admitted in a text message that he sexually assaulted Plaintiff.

5. On February 9, 2021, Defendant (through prior counsel) served Plaintiff with Request for Production of Documents.

6. On March 11, 2021, Plaintiff served responses and objections and produced responsive documents. Plaintiff's responses were evasive and incomplete.

7. The parties met and conferred regarding Plaintiff's responses, including three teleconferences with Plaintiff's counsel and multiple written communications. The parties were not able to resolve the dispute.

8. On June 25, 2021, I emailed Ms. Rayfield a draft joint discovery motion to address the disputed items.

9. On June 29, 2021, Plaintiff served supplemental responses. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

10. ████████████████████████████████████████████████████████████████████████████████████████████████

1   █████████████████████████████████
2  █████████████████████████████████
3  █████████████████████████████████
4  █████████████████████████████████
5  █████████████████████████████████
6  █████████████████████████████████
7  █████████████████████████████████
8  █████████████████████████████████
9  ████████

10   11.   On July 1, 2021, Ms. Rayfield proposed that the parties enter of a protective order and sent Defendant a Word ███ on of the proposed order using the Court's model form.

13   12.   On July 2, 2021, Ms. Rayfield's office emailed me Plaintiff's position statement to be inserted in the Joint Discovery Motion. ████████████████████████████████████████ Defendant did not file the motion out of concerns of confidentiality and right of privacy.

17   13.   On July 5, 2021, I agreed, on Defendant's behalf, to enter Plaintiff's proposed protective order, subject to an agreement to certain stipulations to address Defendant's privacy rights. Ms. Rayfield did not respond in writing.

20   14.   On July 6, 2021, Ms. Rayfield and I participated in a meet and confer conference call to discuss, among other topics, the proposed protective order. Ms. Rayfield did not agree to the items addressing Defendant's privacy rights, which are at issue in the present motion.

24   15.   ████████████████████████████████████
         ████████████████████████████████████
         ████████████████████████████████████
         ████████████████████████████████████

3

DECLARATION OF REED ALJIAN ISO SUPPLEMENTAL BRIEF RE PROTECTIVE ORDER

1  ████████████████████████████████████████████
2  ████████████████████████████████████████████
3  ████████████████████████████████████████████
4  ████████████████████████████████
5      16.  ████████████████████████████████████
6  ████████████████████████████████████████████
7  ████████████████████████████████████████████
8  ████████████████████████████████████████████
9  ████████████████████████████████████████████
10 ████████████████████████  Therefore, Defendant only provides a description of the Document at this time.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of July, 2021, in Newport Coast, California.

By: /s/ Reed Aljian
Reed Aljian