# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-11064 FMO (MRWx) | Date | July 22, 2021 |
| Title | Roe v. Puig | | |

Present: Hon. Michael R. Wilner, U.S. Magistrate Judge

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff: | Attorneys for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**  ORDER RE: DEPOSITION SCHEDULE

1. Because of the nature of this action and the ongoing discovery disputes between the lawyer, the parties' joint request to conduct the deposition of Plaintiff Roe at the federal courthouse is APPROVED.

2. Lawyers, witnesses, court reporters, and other participants will assemble at Judge Wilner's <u>courtroom</u> on the fifth floor of the Roybal Building at 9 a.m. on <u>Tuesday, September 7</u>. They will either set up in the courtroom or be escorted to a vacant jury room for the deposition.

3. Please allow adequate time to clear the building's security. The Court will permit the use of videorecording equipment for the session only (if the deposition was noticed for video). The parties may show this order to the Court Security Officers to facilitate admission of video- and audio-recording equipment.

4. The parties will reconfirm this deposition date with Ms. Piper by 2 p.m. on September 1. If the deposition needs to be cancelled or rescheduled, contact the Court as soon as possible.

5. **Note**: Judge Wilner or a member of the Court staff may be present for some or all of the deposition. Further guidance to ensure productive testimony and to eliminate misconduct will be provided at a hearing before then.

cc:   District Judge Olguin