ALAN JACKSON (State Bar No. 173647)
  *ajackson@werksmanjackson.com*
CALEB MASON (State Bar No. 246653)
  *cmason@werksmanjackson.com*
WERKSMAN JACKSON & QUINN, LLP
888 W. 6th St. Fourth Floor
Los Angeles, CA 90017
213-688-0460

REED ALJIAN (State Bar No. 211010)
  *ra@dallp.com*
DAILY ALJIAN LLP
100 Bayview Circle, Suite 5500
Newport Beach, CA  92660
Telephone:  949.861.2524

Attorneys for Defendant and
Counter-Complainant YASIEL PUIG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JANE ROE,<br><br>        Plaintiff,<br><br>   v.<br><br>YASIEL PUIG; and DOES 1-10, inclusive,<br><br>        Defendants. | CASE NO. 2:20-cv-11064-FMO-MRW<br><br>**FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED JULY 16, 2021 [ECF 91]**<br><br>**DECLARATION OF YASIEL PUIG IN SUPPORT OF PUIG'S OPPOSITION TO JANE ROE'S MOTION TO STRIKE FIRST AMENDED COUNTERCLAIM PURSUANT TO CODE OF CIVIL PROCEDURE § 425.16**<br><br>Action Filed:   Oct. 29, 2020<br>FAC Filed:      Dec. 30, 2020<br>Trial date:       May 3, 2022 |

DECLARATION OF YASIEL PUIG ISO OPPOSITION TO MOTION TO STRIKE

# DECLARATION OF YASIEL PUIG

I, Yasiel Puig, declare as follows:

1. I am the defendant and counter-complainant in the above-referenced matter. I submit this declaration in support of my opposition to Plaintiff and counter-defendant Jane Roe's ("Roe") Motion to Strike First Amended Counterclaim Pursuant to Code of Civil Procedure § 425.16 ("Motion"). The facts stated herein are true based upon my own personal knowledge or upon review of the records in my possession. If called as a witness, I could and would testify truthfully to the contents of this declaration.

2. Plaintiff Jane Roe's claim that I sexually assaulted her is a false statement. I did not sexually assault her.

3. On October 31, 2018, I attended a Laker's game. During the game, Roe sent me Instagram messages and, in one of those messages, sent me her phone number. Attached as <u>Exhibit A</u> is a true and correct copy of our Instagram messages.

4. In 2012, I began my Major League Baseball ("MLB") career by signing a seven-year contract with the Los Angeles Dodgers. I made it to the Major Leagues in 2013. In my first month in the Major Leagues, I won both the National League Rookie of the Month Award and the National League Player of the Month Award, the first time someone had won both awards in their first month in major league history. I finished that season batting .319 with 19 homeruns. In my first six years in the Major Leagues, I had a career batting average of .277 with 132 home runs, 415 runs batted in, and 79 stolen bases. In 2019, I signed a one-year contract with the Cincinnati Reds. I was traded during that year to the Cleveland Indians. For the 2019 season, I had a batting average of .297 with 24 home runs and 19 stolen bases.

5. Before the 2020 season, I was offered a one-year contract with the Atlanta Braves. However, I suffered from a positive COVID diagnosis and the offer was rescinded. I eventually recovered from COVID, but due to the shortened season, I remained unsigned in 2020.

6. In 2021, I planned to sign another contract in the MLB. Unfortunately, I am informed that, as a result of Roe and her attorneys' defamatory statements, all teams that had expressed interest in me chose not to extend offers.

7. As a result, I signed with El Aguila de Veracruz in the Mexican League. During this 2021 season, as of July 21, 2021, I have a .305 batting average with 10 home runs and 36 runs batted in 50 games played.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22 day of July, 2021, in Mexico.

/s/ Please see signature on Spanish language version below
Yasiel Puig

## DECLARACIÓN DE YASIEL PUIG

Yo, Yasiel Puig, declaro lo siguiente:

1. Soy el demandado y contrademandante en el asunto arriba referido. Presento esta declaración en apoyo de mi oposición a la Moción de la Demandante y contrademandada Jane Roe ("Roe") para desestimar la primera contrademanda enmendada de conformidad con el Código de Procedimiento Civil § 425.16 ("Moción"). Los hechos declarados en este documento son verdaderos basados en mi propio conocimiento personal o en la revisión de los registros en mi posesión. Si se me llamara como testigo, podría testificar y testificaría con veracidad el contenido de esta declaración.

2. La afirmación de la demandante Jane Roe de que la agredí sexualmente es una declaración falsa. No la agredí sexualmente.

3. El 31 de octubre de 2018, asistí a un partido de los Lakers. Durante el juego, Roe me envió mensajes de Instagram y, en uno de esos mensajes, me envió su número de teléfono. Se adjunta como Prueba A una copia fiel de los mensajes de Instagram que me envió durante el partido.

2

DECLARATION OF YASIEL PUIG ISO OPPOSITION TO MOTION TO STRIKE

4. En 2012, comencé mi carrera en las Grandes Ligas ("MLB") firmando un contrato de siete años con los Los Angeles Dodgers. Llegué a las Grandes Ligas en 2013. En mi primer mes en las Grandes Ligas, gané tanto el Premio al Novato del Mes de la Liga Nacional como el Premio al Jugador del Mes de la Liga Nacional, la primera vez que alguien ganaba ambos premios en su primer mes en la historia de las Grandes Ligas. Terminé esa temporada bateando .319 con 19 homeruns. En mis primeros seis años en las Grandes Ligas, tuve un promedio de bateo en mi carrera de .277 con 132 jonrones, 415 carreras bateadas y 79 bases robadas. En 2019, firmé un contrato de un año con los Cincinnati Reds. Fui canjeado durante ese año a los Cleveland Indians. Para la temporada 2019, tuve un promedio de bateo de .297 con 24 homeruns y 19 bases robadas.

5. Antes de la temporada 2020, me ofrecieron un contrato de un año con los Bravos de Atlanta. Sin embargo, sufrí un diagnóstico positivo de COVID y la oferta fue rescindida. Finalmente me recuperé de COVID, pero debido a la temporada acortada, me quedé sin firmar en 2020.

6. En 2021, tenía previsto firmar otro contrato en la MLB. Desafortunadamente, me informan que, como resultado de las declaraciones difamatorias de Roe y sus abogados, todos los equipos que habían expresado interés en mí optaron por no extender ofertas.

7. Como resultado, firmé con El Águila de Veracruz en la Liga Mexicana. Durante esta temporada 2021, al 21 de julio de 2021, tengo un promedio de bateo de .305 con 10 homeruns y 36 carreras bateadas en 50 partidos jugados.

Declaro bajo pena de perjurio bajo las leyes de los Estados Unidos de América que lo anterior es verdadero y correcto. Ejecutado este 22 día de julio de 2021, en México.

Por: /s/ Yasiel Puig
Yasiel Puig