**EXHIBIT A**

Exhibit A
004



4:00

You don't follow each other on Instagram

You both follow ▮▮▮▮▮▮ and ▮▮▮▮▮▮

View Profile

OCT 31, 2018

9:15 PM

9:16 PM

9:17 PM

9:17 PM

Message...

Exhibit A
005



4:00

NOV 1, 2018

Hey 👋

NOV 3, 2018

NOV 21, 2018

Hey you forget about me

NOV 22, 2018

NOV 23, 2018

😔 you not have time for me

Message...

