# EXHIBIT "1"

JOHN C. MANLY (State Bar No. 149080)
jmanly@manlystewart.com
TAYLOR RAYFIELD (State Bar No. 272300)
trayfield@manlystewart.com
COURTNEY P. PENDRY (State Bar No. 327382)
cpendry@manlystewart.com
**MANLY STEWART FINALDI**
19100 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 252-9990
Facsimile: (949) 252-9991

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANE ROE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>YASIEL PUIG, and DOES 1-10, inclusive,<br><br>　　　　Defendant. | Case No. 2:20-cv-11064-FMO-MRW<br><br>**DISCOVERY MATTER**<br><br>**APPENDIX IN SUPPORT OF DISCOVERY DISPUTE RE JANE ROE'S OBJECTIONS TO SUBPOENAS FOR EMPLOYMENT AND FINANCIAL RECORDS ISSUED BY DEFENDANT YASIEL PUIG**<br><br>Date:　　　　September 8, 2021<br>Time:　　　　9:30 a.m.<br>Courtroom: 550<br><br>Fact Discovery Cutoff:　　Oct. 11, 2021<br>Expert Discovery Cutoff: Dec. 25, 2021<br>Pre-Trial Conference:　　April 15, 2022<br>Trial Date:　　　　　　May 3, 2022 |

## I.　DISCOVERY REQUESTS AND RESPONSES AT ISSUE

Defendant Yasiel Puig's ("Defendant") subpoenas issued to (1) Business A;

(2) Business B; (3) Business C; (4) Business D; and (5) Business E[1].

## II. DEFINED TERMS INCLUDED IN DEFENDANT'S REQUESTS

No terms were defined by any subpoena.

## III. DEFENDANT'S REQUESTS

**SUBPOENA TO BUSINESS A:**

Please produce the company's income statements, balance sheets, cash flow statements, and evidence of all compensation paid to and funds distributed to [Jane Roe] via cash, check, or electronic transfer, including loans, owner draws, dividends, salary, and expense reimbursement, for the period of January 1, 2016 to present date.

Date and Time: 08/06/2021 5:00 PM

**SUBPOENA TO BUSINESS B:**

Please produce the company's income statements, balance sheets, cash flow statements, and evidence of all compensation paid to and funds distributed to [Jane Roe]via cash, check, or electronic transfer, including loans, owner draws, dividends, salary, and expense reimbursement, for the period of January 1, 2016 to present date.

Date and Time: 08/06/2021 5:00 PM

**SUBPOENA TO BUSINESS C:**

Please produce the company's income statements, balance sheets, cash flow statements, and evidence of all compensation paid to and funds distributed to [Jane Roe]via cash, check, or electronic transfer, including loans, owner draws, dividends, salary, and expense reimbursement, for the period of January 1, 2016 to present date.

---

[1] In order to preserve Jane Roe's anonymity, the parties have agreed to substitute the true names of the subpoenaed businesses owed by Jane Roe with the above referenced identifiers.

Date and Time: 08/06/2021 5:00 PM

**SUBPOENA TO BUSINESS D:**

Please produce the company's income statements, balance sheets, cash flow statements, and evidence of all compensation paid to and funds distributed to [Jane Roe] via cash, check, or electronic transfer, including loans, owner draws, dividends, salary, and expense reimbursement, for the period of January 1, 2016 to present date.

Date and Time: 08/06/2021 5:00 PM

**SUBPOENA TO BUSINESS E:**

Please produce the company's income statements, balance sheets, cash flow statements, and evidence of all compensation paid to and funds distributed to [Jane Roe] via cash, check, or electronic transfer, including loans, owner draws, dividends, salary, and expense reimbursement, for the period of January 1, 2016 to present date.

Date and Time: 08/06/2021 5:00 PM