# EXHIBIT "1"

JOHN C. MANLY, Esq. (State Bar No. 149080)
jmanly@manlystewart.com
TAYLOR RAYFIELD, Esq. (State Bar No. 272300)
trayfield@manlystewart.com
**MANLY, STEWART & FINALDI**
19100 Von Karman Ave., Suite 800
Irvine, CA 92612
Telephone: (949) 252-9990
Fax: (949) 252-9991

Attorneys of Record for Plaintiff,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JANE ROE, <br><br> Plaintiff, <br><br> v. <br><br> YASIEL PUIG; and DOES -10 inclusive. <br><br> Defendants. | Case No.: 2:20-cv-11064-FLA-MRWx <br><br> **PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES** |

Plaintiff JANE ROE (hereinafter "Plaintiff") through her counsel of record, makes the following initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. Plaintiff has not concluded investigation and discovery of the facts of this case and these disclosures are based on information reasonably available to Plaintiff at this time. Therefore, Plaintiff reserves the right to

-1-
PLAINTIFF JANE ROE'S RULE 26(A)(1) INITIAL DISCLOSURES

supplement these disclosures and produce new evidence in the future resulting from continued discovery and investigation. These disclosures are not intended to waive or limit any privileges, immunity, or right of Plaintiff or other witnesses in this case. These disclosures are not intended to waive or limit any objection Plaintiff has to the admissibility of any disclosed information. These disclosures do not include expert witnesses pursuant to F.R.C.P. 26 (b)(4).

**(A) The name and, if known, the address and telephone number of each individual likely to have discoverable information - along with the subjects of that information - that the disclosing party may use to support their claims, or defenses, unless the use would be solely for impeachment.**

**RESPONSE**:

1. **Plaintiff, Jane Roe**, c/o John Manly, Esq. and Taylor Rayfield, Esq., Manly, Stewart & Finaldi, 19100 Von Karman Ave, Ste. 800, Irvine, California 92612; (949) 252-9990.

2. ▇▇▇▇▇▇▇▇▇▇, c/o John Manly, Esq. and Taylor Rayfield, Esq., Manly, Stewart & Finaldi, 19100 Von Karman Ave, Ste. 800, Irvine, California 92612; (949) 252-9990. Was present with Plaintiff on the date of the sexual assault and has knowledge of Plaintiff's injuries and condition pre and post-assault.

3. **Brother of Plaintiff,** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Has knowledge of Plaintiff's injuries and condition pre and post-assault.

4. ▇▇▇▇▇▇▇▇▇▇, 705 26th Street, Manhattan Beach, CA 90266; (214) 205-2385. Has Knowledge of Plaintiff's injuries and condition pre and post-assault.

5. **Jennifer Elson, LCSW**, 1001 Partridge Dr., #110 Ventura, California 93003. Has knowledge of Plaintiff's injuries and condition post-assault.

6. **Bernard Ullman, M.D.**, 520 N Prospect Ave, Redondo Beach, CA 90277- Has knowledge of Plaintiff's injuries and condition post-assault.

7. Any individual disclosed or listed by another party pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure;

8. Any individual disclosed or identified by a party or non-party in response to discovery, during testimony, or identified in any document produced by any party or non-party.

The foregoing is a partial list of witnesses Plaintiff believes have knowledge and/or information related to the issues in this litigation. As discovery continues and after Plaintiff has had a reasonable opportunity to review all of the documents related to this matter, including those that have yet to be produced, Plaintiff may provide a list of additional individuals who have knowledge regarding this matter. In addition, all witnesses, including expert witnesses, will be identified in accordance with the Federal Rules of Civil Procedure.

**(B) A copy of, or description by category and location of, all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

**RESPONSE**:

1. Plaintiff's medical records from Jennifer Elson, LCSW, which Plaintiff will produce upon entry of an acceptable protective order and reasonable request;

2. Plaintiff's medical records from Bernard Ullman, MD, which Plaintiff will produce upon entry of an acceptable protective order and reasonable request and reasonable request;

3. Plaintiff's radiology imaging studies from Torrance Advanced Imaging, which Plaintiff will produce upon entry of an acceptable protective order and reasonable request;

4. Photographs and videos of Plaintiff at the Staples Center on the date of the assault, which Plaintiff will produce upon entry of an acceptable protective order

and reasonable request;

5. Instagram posts evidencing Defendant Puig's presence at the Staples Center on the date of the assault, which Plaintiff will produce upon reasonable request;

6. Instagram messages between Plaintiff and Defendant Puig, which Plaintiff will produce upon entry of an acceptable protective order and reasonable request.

7. Text messages between Plaintiff and Defendant Puig, which Plaintiff will produce upon entry of an acceptable protective order and reasonable request.

8. Any and all documents and reports concerning the incident that are in the possession, custody, or control of Defendant Puig;

9. Any and all videos and photographs concerning the incident that are in the possession, custody, or control of Defendant Puig;

10. Any and all witness testimony obtained to date from any witnesses present at or near the Staples Center on the date of the incident in the possession, custody, or control of Defendant Puig;

11. Any and all documents, photographs, and/or videos produced to date by Defendant Puig related to the incident.

The foregoing documents are not an exhaustive list of the documents that Plaintiff intends to rely on in this litigation. In this regard, such additional documents which are not in Plaintiff's custody and/or control including, but are not limited to, those documents that will be produced during discovery in this litigation will be produced as they become available. As discovery continues and after Plaintiff has a reasonable opportunity to review all of the documents related to this matter, including those that have yet to be produced, Plaintiff may provide an additional list of documents responsive to this category.

**(C) A computation of any category of damages claimed by the disclosing party making available for inspection and copying as under Rule 34**

> **the documents and other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**
>
> **RESPONSE**:

Plaintiff will also retain experts to prove the non-economic and punitive damages. The non-economic damages and punitive damages sought by Plaintiff are within the province of the jury. The exact amount of damages Plaintiff will be seeking has not been determined as discovery is in its initial stages. Plaintiff reserves the right to update her damages amounts as new information is received.

> **(D) For Inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**
>
> **RESPONSE**:

Inapplicable to Plaintiff.

Dated: January 26, 2021                    **MANLY, STEWART & FINALDI**

By:     */s/ Taylor Rayfield*
TAYLOR RAYFIELD, Esq.
Attorneys of Record for Plaintiff,
JANE ROE

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Manly, Stewart & Finaldi, 19100 Von Karman Ave., Suite 800, Irvine, CA 92612.

On January 26, 2021, I served the within documents:

1) **PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES**

ELECTRONIC - As addressed to all parties appearing on the Court's ECF service list in this action served via electronic mail, on the following:

ZUCKERMAN SPAEDER LLP
JON R. FETTEROLF (Pro Hac Vice)
jfetterolf@zuckerman.com
MARGARITA K. O'DONNELL (Pro Hac Vice)
modonnell@zuckerman.com
IVANO M. VENTRESCA (Pro Hac Vice)
iventresca@zuckerman.com
1800 M Street NW, Suite 1000
Washington, DC 20036-5807
Telephone: (202) 778-1800
Facsimile: (202) 822-8106
Attorneys for Defendant Yasiel Puig

CADER ADAMS LLP
YASMIN CADER (State Bar No. 250762)
yasmincader@caderadams.com
CHRISTINE ADAMS (State Bar No. 172876)
christineadams@caderadams.com
865 S Figueroa St, 31st Floor
Los Angeles, California 90017
Telephone: (213) 408-4081
Facsimile: (213) 408-4084
Attorneys for Defendant Yasiel Puig

FEDERAL - I certify under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on January 26, 2021, at Irvine, California.

　　　　　　　　　　　　　　　　　　/s/ Kathy Frederiksen
　　　　　　　　　　　　　　　　　Kathy Frederiksen

Plaintiff's Certificate of Service
Case No. 2:20-cv-11064-FLA-MRWx