# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE<br><br>Plaintiff(s),<br><br>v.<br><br>YASIEL PUIG, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:20–cv–11064–FMO–MRW<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:    8/19/2021

Document Number(s):    124 and 125

Title of Document(s):    Request for Substitution

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Civil Events – Motions and Related Filings – Applications/Ex Parte Applications/Motions/Petitions/Requests–Substitute Attorney (G–01)

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: August 20, 2021          By:  /s/ Ingrid Valdes  ingrid_valdes@cacd.uscourts.gov
                                         Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.