JOHN C. MANLY (State Bar No. 149080)
jmanly@manlystewart.com
VINCE W. FINALDI (State Bar No. 238279)
vfinaldi@manlystewart.com
TAYLOR RAYFIELD (State Bar No. 272300)
trayfield@manlystewart.com
COURTNEY P. PENDRY (State Bar No. 327382)
cpendry@manlystewart.com
**MANLY STEWART FINALDI**
19100 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 252-9990
Facsimile: (949) 252-9991

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANE ROE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YASIEL PUIG, and DOES 1-10, inclusive,<br><br>　　　　Defendant. | Case No. 2:20-cv-11064-FMO-MRW<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF JOINT STIPULATION AND JOINT STIPULATION OF DISCOVERY DISPUTE RE JANE ROE'S OBJECTIONS TO SUBPOENA FOR JANE ROE'S AT&T RECORDS ISSUED BY DEFENDANT YASIEL PUIG**<br><br>Date:　　　　September 8, 2021<br>Time:　　　　9:30 a.m.<br>Courtroom: 550<br><br>Fact Discovery Cutoff:　Oct. 11, 2021<br>Expert Discovery Cutoff: Dec. 25, 2021<br>Pre-Trial Conference:　April 15, 2022<br><br>Trial Date:　　　　May 3, 2022 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on September 8, 2021, at 9:30 a.m., or as soon thereafter as counsel may be heard in Courtroom 550, of the United States

District Court for the Central District of California, located at 255 E. Temple St., Los Angeles, Ca 90012, before the Honorable Michael R. Wilner presiding, Plaintiff Jane Roe ("Plaintiff") will move this Court for an Order quashing the subpoena issued to AT&T, or, in the alternative, for protective order designating any responsive documents produced deemed confidential under the terms of the parties protective order in this action.

This motion is made following the conference of counsel pursuant to L.R. 37-1 which took place on August 17, 2021. Pursuant to L.R. 37-2, the parties have formulated a written joint stipulation regarding motion to quash and/or for protective order, filed and served concurrently with this notice, which contains all issues in dispute and, as to each such issue, the contentions and points and authorities of each party, and how each party proposes to resolve the dispute over that issue (the "Stipulation").

This motion is based on this notice, the concurrently filed joint stipulation, the Declaration of Steven Gebelin, the exhibits in support, and such further evidence and argument as may be presented at or before the hearing on this matter.

DATED: August 25, 2021         MANLY, STEWART & FINALDI

By: /s/ VINCE W. FINALDI
  VINCE W. FINALDI
  Attorneys for Plaintiff