| | |
|---|---|
| 1 | Scott M. Lesowitz (SBN 261759) |
| 2 | scott@lawbylg.com |
| | Lesowitz Gebelin LLP |
| 3 | 8383 Wilshire Boulevard, Suite 520 |
| 4 | Beverly Hills, California 90211 |
| | Telephone: (310) 341-3076 |
| 5 | Counsel for Defendant Yasiel Puig |
| 6 | |
| | Vince Finaldi (SBN 238279) |
| 7 | vfinaldi@manlystewart.com |
| 8 | MANLY, STEWART & FINALDI |
| | 19100 Von Karman Ave., Suite 800 |
| 9 | Irvine, CA 92612 |
| 10 | Telephone: (949) 252-9990 |
| | Fax: (949) 252-9991 |
| 11 | Attorneys for Plaintiff |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, | Case No.: 2:20-cv-11064-FLA-MRWx |
| Plaintiff, | **JOINT APPLICATION TO EXTEND THE DISCOVERY CUTOFF DATES** |
| v. | |
| YASIEL PUIG, and DOES 1- 10, inclusive, | |
| Defendants. | |
| AND CROSS ACTION | |

Plaintiff and Counter-Defendant Jane Roe and Defendant and Counter-Complainant Yasiel Puig, through their undersigned attorneys, agree and stipulate as follows:

WHEREAS, per the current Scheduling and Case Management Order re: Jury Trial (the "Scheduling Order"), ECF no. 51, all fact discovery shall be completed no later than October 11, 2021, initial expert witness disclosures must be served no later than October 25, 2021, rebuttal expert witness disclosures must be served no later than November 24, 2021, and all expert discovery shall be completed by December 27, 2021;

WHEREAS, Plaintiff has noticed multiple depositions of executives for Major League Baseball teams in September, and witnesses have expressed concern about being deposed prior to the conclusion of the baseball season, and the World Series is not scheduled to begin until October 26, 2021;

WHEREAS, Defendant has only recently retained new counsel, and new counsel is impacted by (a) Defendant is only now completing playing in the Mexican League baseball playoffs, and Defendant's availability has been limited during that time, and (b) the presence of the Jewish High Holidays in September 2021, with seven holidays falling on weekdays this year;

WHEREAS, on July 8, 2021, Counter-Defendant filed an anti-SLAPP motion against the Counterclaim, and the Court took the motion under submission on August 9, 2021, but no ruling has been issued at this time;

WHEREAS the parties wish to have another mediation to explore the possibility of settling prior to incurring the time and expense of certain discovery efforts;

WHEREAS, at this time due to the increase of the delta variant of COVID-19, certain third-party witnesses whose depositions were set to occur live have requested alternative arrangements, and

WHEREAS the trial date is currently May 3, 2022, and the discovery cutoff dates can be extended by six weeks without impacting the trial and trial-related dates,

THEREFORE, the Parties jointly request that the Court make the following amendments to the current Scheduling Order:

1. The deadline for fact discovery to be completed shall be extended from no later than October 11, 2021, to no later than November 22, 2021;
2. The deadline for initial expert witness disclosures to be served shall be extended from no later than October 25, 2021 to December 6, 2021;
3. The deadline for rebuttal expert witness disclosures to be served shall be extended from no later than November 24, 2021, to January 5, 2022,
4. And the deadline for all expert discovery to completed shall be extended from by December 27, 2021, to by February 7, 2022.

**IT IS SO STIPULATED.**

Dated: September 1, 2021                LESOWITZ GEBELIN LLP[1]
                                        /s/ *Scott Lesowitz*
                                        By: Scott Lesowitz
                                        Attorneys for Defendant and
                                        Counter-Complainant Yasiel Puig

Dated: September 1, 2021                MANLY, STEWART & FINALDI
                                        /s/ *Vince Finaldi*
                                        By: Vince Finaldi
                                        Attorneys for Plaintiff and
                                        Counter-Defendant Jane Roe

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this document, Scott Lesowitz, hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

2