UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-11064 FMO (MRWx) | Date | September 10, 2021 |
|---|---|---|---|
| Title | Jane Roe v. Yasiel Puig | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Gabriela Garcia | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):   Attorney Present for Defendant(s):
None Present                          None Present

**Proceedings:**   (In Chambers) Order Re: Further Proceedings

Having reviewed and considered the parties' Joint Application to Extend the Discovery Cutoff Dates (Dkt. 134, "Application"), IT IS ORDERED THAT:

1. The Application (**Document No. 134**) is **granted** as set forth in this Order.

2. All fact discovery shall be completed no later than **November 22, 2021**.[1]

3. All expert discovery shall be completed by **February 7, 2022**. The parties must serve their Initial Expert Witness Disclosures no later than **December 6, 2021**. Rebuttal Expert Witness Disclosures shall be served no later than **January 5, 2022**.

                                                                00  :  00
                                            Initials of Preparer    gga

---

[1] Except as set forth in this order, the parties shall comply with all the dates and requirements set forth in the Court's Case Management Order of April 12, 2021 (Dkt. 51).