# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 20-11064 FMO (MRWx) | Date | September 15, 2021 |
|---|---|---|---|
| Title | Roe v. Puig | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | Veronica Piper | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| Attorneys for Plaintiff: | | Attorneys for Defendant: |
| n/a | | n/a |

**Proceedings:** ORDER RE: HEARING ON DISCOVERY MOTIONS

1. Currently pending with the Court are motions to quash defense subpoenas regarding Plaintiff's businesses (Docket # 117) and phone records (Docket # 132). The Court sets the matter for an in-person hearing on Friday, September 24, at 10:30 a.m.

2. The parties may each submit a <u>consolidated</u> supplemental brief (NTE five pages) to update the Court about the status of the disputes or with further helpful arguments. The Court would particularly like to know whether the newly-appearing defense attorney intends to pursue the business discovery (I understand that Mr. Gebelin signed the motion for the telephone subpoena).