UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-11064 FMO (MRWx) | Date | September 24, 2021 |
|---|---|---|---|
| Title | Jane Roe v. Yasiel Puig | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | ZoomGov 9/24/2021 |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Ashley Rayfield<br>Haley Aanestad | Steven Gebelin |

**Proceedings:**   **ORDER RE: MOTION HEARING**

The Court hears oral argument from counsel and takes the matter under submission.

: 40

Initials of Preparer    vp