JOHN C. MANLY (State Bar No. 149080)
jmanly@manlystewart.com
VINCE W. FINALDI (State Bar No. 238279)
vfinaldi@manlystewart.com
ALEX E. CUNNY (State Bar No. 291567)
acunny@manlystewart.com
COURTNEY P. PENDRY (State Bar No. 327382)
cpendry@manlystewart.com
HALEY K. AANESTAD (State Bar No. 334382)
haanestad@manlystewart.com
**MANLY STEWART FINALDI**
19100 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 252-9990
Facsimile: (949) 252-9991

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANE ROE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>YASIEL PUIG, and DOES 1-10, inclusive,<br><br>　　　　Defendant. | Case No. 2:20-cv-11064-FMO-MRW<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF COMPLIANCE WITH COURT ORDER DATED SEPTEMBER 20, 2021; PAYMENT OF SANCTIONS**<br><br>Judge:　Honorable Michael R. Wilner<br><br>Trial Date:　　　May 3, 2022 |

**PLEASE TAKE NOTICE** that on September 22, 2021, a check in the amount of $750.00 was tendered to counsel listed below for payment of sanctions, and was sent via FedEx, bearing the tracking number 284050122044:

| | | |
|---|---|---|
| 1 | Lesowitz Gebelin LLP | |
| 2 | Scott Lesowitz | |
| 3 | 8383 Wilshire Blvd | |
| 4 | Suite 800 | |
| 5 | Beverly Hills, CA 90211 | |
| 6 | DATED: September 27, 2021 | **MANLY STEWART FINALDI** |

By: *(signature)*
HALEY K. AANESTAD
Attorneys for Plaintiff

CERTIFICATE OF SERVICE
*Jane Roe v. Yasiel Puig et al.*
*Case No.: 2:20-cv-11064-FMO-MRW*

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On September 27, 2021, I served a true copy of DISCOVERY MATTER NOTICE OF COMPLIANCE WITH COURT ORDER DATED SEPTEMBER 20, 2021; PAYMENT OF SANCTIONS

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B)

[ ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the parties indicated on the attached service list;

[X]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

[ ]   By Electronic Service: On this date, I emailed a copy of the foregoing document to the email address of the parties indicated on the attached service list.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/   Kathy Frederiksen

Place of Mailing:  Irvine, California
Executed on **September 27, 2021,** at Irvine, California.

Certificate of Service
Case No. 2:20-cv-11064-FMO-MRWx

## SERVICE LIST

**STEVEN T. GEBELIN (SBN 261507)**
steven@lawbylg.com
**SCOTT M. LESOWITZ (SBN 261759)**
scott@lawbylg.com
**LESOWITZ GEBELIN LLP**
8383 Wilshire Blvd., Suite 800
Beverly Hills, CA 90211
Telephone: (310) 341-3072
Facsimile: (310) 341-3070
Attorneys for DEFENDANT Yasiel Puig