JOHN C. MANLY (State Bar No. 149080)
jmanly@manlystewart.com
VINCE W. FINALDI (State Bar No. 238279)
vfinaldi@manlystewart.com
ALEX E. CUNNY (State Bar No. 291567)
acunny@manlystewart.com
COURTNEY P. PENDRY (State Bar No. 327382)
cpendry@manlystewart.com
HALEY K. AANESTAD (State Bar No. 334382)
haanestad@manlystewart.com
**MANLY STEWART FINALDI**
19100 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 252-9990
Facsimile: (949) 252-9991

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YASIEL PUIG, and DOES 1-10, inclusive,<br><br>　　　　Defendant. | Case No. 2:20-cv-11064-FMO-MRW<br><br>**STIPULATION TO AMEND AND WAIVE SPECIFIED DAMAGES IN PLAINTIFF JANE ROE'S FIRST AMENDED COMPLAINT**<br><br>*Filed concurrently with [Proposed] Oder*<br><br>Judge:　Honorable Fernando M. Olguin<br><br>Trial Date:　　May 3, 2022 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD**:

Plaintiff/Counter Defendant , Jane Roe, ("Jane Roe") by and through her counsel of record, and Defendant/Counterclaimant, Yasiel Puig, ("Puig")(together, the "Parties") by and through his counsel of record, hereby STIPULATE and AGREE as follows:

1. **WHEREAS**, on December 30, 2020, Jane Roe filed a First Amended Complaint for Damages [Dkt. No. 19] in this action, naming Yasiel Puig as a defendant, seeking amongst other relief, awards for "loss of earning capacity, in addition to lost earnings, past, present, and future," as set forth more fully as paragraphs 20, 28, 34, 42, and paragraphs 3 and 4 of the prayer for relief;

2. **WHEREAS**, the Parties have reached an agreement whereby Jane Roe has agreed to waive her claims for loss of earning capacity and losses of earnings;

3. **WHEREAS**, the Parties therefor STIPULATE and AGREE that, pursuant to Federal Rule of Civil Procedure 15(a)(2) that Plaintiff may and does hereby amend her First Amended Complaint to remove any allegation or claim to recover for "loss of earning capacity, in addition to lost earnings, past, present, and future," or the like, and thereby strike paragraphs 20, 28, 34, 42, and paragraphs 3 and 4 of the prayer for relief from the First Amended Complaint.

**SO STIPULATED**

DATED: September 29, 2021        MANLY STEWART FINALDI[1]

By: /s/ VINCE W. FINALDI
VINCE FINALDI
ALEX CUNNY
COURTNEY PENDRY
HALEY AANESTAD
Attorneys for Plaintiff and Counter-Defendant Jane Roe

DATED: September 28, 2021        LESOWITZ GEBELIN LLP

By: *[signature]*
STEVEN GEBELIN
SCOTT LESOWITZ
Attorneys for Defendant and Counterclaimant Yasiel Puig

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this document, Vince Finaldi, hereby attests that all other signatories listed concur with the contents of this filing and have so authorized this filing.

CERTIFICATE OF SERVICE
*Jane Roe v. Yasiel Puig et al.*
*Case No.: 2:20-cv-11064-FMO-MRW*

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On September 29, 2021, I served a true copy of STIPULATION TO AMEND AND WAIVE SPECIFIED DAMAGES IN PLAINTIFF JANE ROE'S FIRST AMENDED COMPLAINT

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B)

[ ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the parties indicated on the attached service list;

[X]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

[ ]   By Electronic Service: On this date, I emailed a copy of the foregoing document to the email address of the parties indicated on the attached service list.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/    Kathy Frederiksen

Place of Mailing:  Irvine, California
Executed on **September 29, 2021,** at Irvine, California.

---

Certificate of Service
Case No. 2:20-cv-11064-FMO-MRWx

**SERVICE LIST**

**STEVEN T. GEBELIN (SBN 261507)**
steven@lawbylg.com
**SCOTT M. LESOWITZ (SBN 261759)**
scott@lawbylg.com
**LESOWITZ GEBELIN LLP**
8383 Wilshire Blvd., Suite 800
Beverly Hills, CA 90211
Telephone: (310) 341-3072
Facsimile: (310) 341-3070
Attorneys for DEFENDANT Yasiel Puig