JOHN C. MANLY (State Bar No. 149080)
jmanly@manlystewart.com
VINCE W. FINALDI (State Bar No. 238279)
vfinaldi@manlystewart.com
ALEX E. CUNNY (State Bar No. 291567)
acunny@manlystewart.com
COURTNEY P. PENDRY (State Bar No. 327382)
cpendry@manlystewart.com
HALEY K. AANESTAD (State Bar No. 334382)
haanestad@manlystewart.com
**MANLY STEWART FINALDI**
19100 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 252-9990
Facsimile: (949) 252-9991

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANE ROE,<br><br>  Plaintiff,<br><br>  v.<br><br>YASIEL PUIG, and DOES 1-10, inclusive,<br><br>  Defendant. | Case No. 2:20-cv-11064-FMO-MRW<br><br>**PLAINTIFF JANE ROE'S STATUS REPORT RE: SETTLEMENT; DECLARATION OF HALEY K. AANESTAD**<br><br>Judge:  Honorable Olguin<br><br>Trial Date:  May 3, 2022 |

**PLEASE TAKE NOTICE** that pursuant to the Honorable Judge Olguin's April 12, 2021, Order [Doc. 51] the parties were to complete a settlement conference before a private mediator no later than October 11, 2021. Plaintiff Jane Roe hereby submits this Status Report to advise the Court of her multiple attempts to schedule

mediation before a private mediator prior to the October 11, 2021 deadline.[1] Despite Jane Roe's numerous attempts to schedule mediation, including providing various dates with various mediators, Defendant Yasiel Puig has failed to cooperate with the Court's Order thereby foreclosing Jane Roe's ability to comply. Outlined herein are the various attempts made by Jane Roe, via her counsel, to mediate or otherwise settle this matter with Defendant Puig, via his counsel Mr. Steven Gebelin and Mr. Scott Lesowitz:

On September 15, 2021, after receiving an email from Mr. Gebelin regarding mediation, Jane Roe's counsel, Mr. Vince Finaldi offered to attend mediation before Kim Deck or Hon. Tim Casserly. Exhibit "1" attached to Declaration of Haley Aanestad ("Aanestad Decl.")

Following a meet and confer phone call between counsel for all parties, on September 23, 2021, Mr. Finaldi advised he had reached out to Kim Deck and Hon. Tim Casserly for available dates. On the same day, Mr. Finaldi stated in an email that Judge Casserly was available for mediation on October 15, 2021. *See* Exhibit "2" to Aanestad Decl. In reply, Mr. Lesowitz, stated that because the mediation deadline in this case is October 11, 2021, he would like to go to a mediator with availability prior to October 11, 2021. *Id.* In response, Mr. Finaldi stated that Kim Deck was available September 29, 2021 and October 11, 2021 and Hon. Casserly was available on September 27, 2021. *Id*. Mr. Lesowitz responded stating that they were checking with their client to confirm availability. *Id*.

During a hearing in this case before the Honorable Michael Wilner on September 24, 2021, the topic of mediation was yet again raised, and Jane Roe's counsel informed the Court of the settlement officers who had been proposed and the proposed dates. Counsel for Puig acknowledged the same and stated that they believed

---

[1] This deadline was expressly maintained in Honorable Michael Wilner's September 10, 2021 Order [Doc. 136] extending the Discovery Deadlines in this case.

mediation would be occurring within the next few weeks. Aanestad Decl. ¶ 4.

On September 24, 2021, Mr. Lesowitz sent an email which did not address the prior proposed mediation dates but merely stated that they would like attend mediation the week of October 4, 2021. *See* Exhibit "2" to Aanestad Decl. In the same email, Lesowitz further stated that Defendant Puig was not available the week of or after October 11, 2021. On September 27, 2021, Mr. Finaldi stated that Janet Fields was available for mediation on October 4, 2021. *Id*.

On the same day, September 27, 2021, counsel for Plaintiff engaged in a meet and confer conversation with defense counsel on a separate issue. Aanestad Decl. ¶ 5. In that call, Mr. Lesowitz, for the first time indicated the desire to conduct mediation with a Spanish-speaking mediator. *Id*. Mr. Finaldi agreed and on that same day Mr. Lesowitz proposed Judge Firmat and Judge Rodriguez. *See* Exhibit "3" to Aanestad Decl. In response, on the same day, Mr. Finaldi agreed to mediation before Judge Firmat on October 7, 2021. *Id*. Having received no response to that email, Mr. Finaldi sent another email to Mr. Lesowitz and Mr. Gebelin on September 28, 2021, inquiring if Defendant Puig was agreeable to an October 7, 2021 mediation before Judge Firmat. *Id*. This email was met with a response from Mr. Gebelin that they were waiting to hear from their client. *Id*.

Ignoring Plaintiff's proposal for an October 7, 2021 mediation, Mr. Gebelin sent an email on September 29, 2021, seeking to have a telephonic conversation regarding mediation and settlement issues. *See* Exhibit "4" to Aanestad Decl. On September 30, 2021, a telephonic conversation took place wherein Jane Roe made an opening settlement demand. Aanestad Decl. ¶ 7. On this call, defense counsel stated they would take the demand to their client. *Id*. As if the time of the instant filing, Plaintiff has yet to receive a response to her opening settlement demand.

On October 6, 2021, having received no response to the mediation date nor to Jane Roe's settlement demand, Mr. Finaldi sent an email advising again of the Court ordered mediation deadline and asking for response and cooperation on Jane Roe's

multiple attempts to negotiate settlement or mediate the case. *See* Exhibit "5" to Aanestad Decl. Yet again, this email was met with no response. On October 7, 2021, Mr. Finaldi sent yet another email to counsel for Puig requesting an immediate response. *Id*. On the same day, confusingly, Mr. Lesowitz emailed inquiring if the Court ordered a second mediation and asking if the first mediation did not satisfy the requirement. *Id*. In response, Mr. Finaldi reminded Mr. Lesowitz that first mediation was pre-litigation and thus, would not satisfy the Court's order (a fact that, given Mr. Lesowitz prior concern with mediating before October 11, 2021, was clearly known and understood). Again, Mr. Finaldi pointed out the continual attempts by Jane Roe to mediate the case in accordance with the Court's Order, and informed Mr. Lesowitz of Jane Roe's intent to inform the Court of the reasons that the parties did not attend mediation prior to the Court's deadline. *Id*.

On October 8, 2021, at 4:58 p.m. Mr. Lesowitz replied apologizing for he and Mr. Gebelin's unavailability this week and stating that he had "put [this case] on the back burner" this week. *Id*. Mr. Lesowitz went on to state that mediation would be counter-productive since it would cut into the funds available for settlement. *Id*. This was the first time that counsel for Puig expressed a lack of desire to attend mediation. Furthermore, a belief that mediation would be "counter-productive" does not alleviate the parties' Court Ordered requirement to attend mediation. Mr. Finaldi responded to this email reiterating the October 11, 2021, deadline and advising that Jane Roe would prepare this instant filing. *Id*. After the close of business on Friday, October 8, 2021, Mr. Lesowitz replied indicating that they'd like to use "a lower-price mediator" and inform the Court jointly that there was already a pre-filing mediation and that the parties "are in the process of providing you information important for settlement purposes that we would like to complete prior to a second mediation, and request additional time to complete a mediation." *Id*. Plaintiff is not clear what "information" Mr. Lesowitz was referring to and further does not believe additional time is required to complete a mediation.

As a result of the ongoing delay and now the apparent unwillingness to attend mediation, by Defendant Puig and his counsel, Jane Roe was left with no choice but to file this Status Report Re: Settlement to advise the Court of the parties' failure to complete the Court ordered mediation prior to October 11, 2021, due to no fault of Jane Roe.

DATED: October 11, 2021          **MANLY STEWART FINALDI**

By: _/s/ H. Aanestad_____
HALEY K. AANESTAD
Attorneys for Plaintiff

## DECLARATION OF HALEY K. AANESTAD

I, Haley K. Aanestad, declare as follows:

1. I am an attorney with Manly Stewart Finaldi, attorneys of record for Plaintiff. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration based in support of Plaintiff Jane Roe's Status Report Re: Settlement.

2. Attached hereto as Exhibit "1" is a true and correct copy of the September 15, 2021 email from Mr. Gebelin regarding mediation and Mr. Finaldi's September 16, 2021 response proposing Kim Deck or Hon. Tim Casserly as mediators.

3. Attached hereto as Exhibit "2" is a true and correct copy of the parties September 23, 2021 through September 27, 2021 emails. On September 23, 2021 Mr. Finaldi informed Mr. Lesowitz and Mr. Gebelin that he had reached out to mediators in order to obtain dates. On that same day, Mr. Finaldi proposed mediation with Judge Cassserly on October 15, 2021. Mr. Lesowitz responded by expressly acknowledge the Court's October 11, 2021 mediation deadline, noting that he would like to obtain dates prior to October 11, 2021. Again, on September 23, 2021, Mr. Finaldi provided Mr. Lesowitz with alternate mediation dates of September 29 and October 11, 2021 with Kim Deck and September 27, 2021 with Judge Casserly. Thereafter, on September 24, 2021 Mr. Lesowitz indicated he would like to mediate during the week of October 4, 2021. On September 27, 2021, after contacting another mediator, Mr. Finaldi proposed mediation with Janet Fields on October 4, 2021.

4. On September 24, 2021 the parties attended a hearing on a discovery matter before the Honorable Judge Wilner. During this hearing, the topic of mediation was raised. Counsel for Plaintiff informed Judge Wilner of the settlement officers who had been proposed by Plaintiff and the proposed dates. Counsel for

Puig, Mr. Steven Gebelin, acknowledged the same and represented to the Court that he believed mediation would occur within the next few weeks.

5. Attached hereto as Exhibit "3" is a true and correct copy of the parties September 27, 2021 through September 28, 2021 communications regarding mediation. Following a meet and confer call on an unrelated topic, Mr. Lesowitz for the first time indicated that they wished to conduct mediation with a Spanish-speaking mediator. Mr. Finaldi agreed to review the resumes of Mr. Lesowitz's proposed Spanish-speaking mediators. On that same day, Mr. Finaldi agreed to mediate with the Honorable Judge Francisco Firmat. Mr. Finaldi reached out to Judge Firmat's case manager in order to obtain additional dates of availability. Mr. Finaldi then contacted Mr. Lesowitz and proposed the parties mediate before Judge Firmat on October 7, 2021. Mr. Finaldi agreed to mediation before Judge Firmat on October 7, 2021. Having received no response to that email, Mr. Finaldi sent another email to Mr. Lesowitz and Mr. Gebelin on September 28, 2021, inquiring if Defendant Puig was agreeable to an October 7, 2021 mediation before Judge Firmat. On September 28, 2021 Mr. Lesowitz responded apologizing for the delay and indicating they were waiting to hear back from Puig as to his availability.

6. Attached hereto as Exhibit "4" is a true and correct copy of Mr. Gebelin's September 29, 2021 email seeking to discuss a recent document production and "mediation/settlement issues" in light of the document production.

7. On October 1, 2021, Mr. Finaldi participated in a telephonic conference with counsel for Puig, during which Plaintiff made an opening settlement demand. Counsel for Puig responded that they would take the offer back to their client. As of the time of the instant filing, Plaintiff has not received a response to her opening settlement demand.

8. Attached hereto as Exhibit "5" is a true and correct copy of the parties' October 6, 2021 through October 11, 2021 communications regarding mediation. On October 6, 2021, having received no response to the mediation date nor to

Plaintiff's settlement demand, Mr. Finaldi sent an email advising again of the Court ordered mediation deadline and asking for response and cooperation on Jane Roe's multiple attempts to negotiate settlement or mediate the case. Yet again, this email was met with no response. On October 7, 2021, Mr. Finaldi sent yet another email to counsel for Puig requesting an immediate response. On the same day, confusingly, Mr. Lesowitz emailed inquiring if the Court ordered a second mediation and asking if the first mediation did not satisfy the requirement. In response, Mr. Finaldi reminded Mr. Lesowitz that first mediation was pre-litigation and thus, would not satisfy the Court's order (a fact that, given Mr. Lesowitz prior concern with mediating before October 11, 2021, was clearly known and understood). Again, Mr. Finaldi pointed out the continual attempts by Plaintiff to mediate the case in accordance with the Court's Order and informed Mr. Lesowitz of Jane Roe's intent to inform the Court of the reasons that the parties did not attend mediation prior to the Court's deadline.  On October 8, 2021, Mr. Lesowitz replied apologizing for he and Mr. Gebelin's unavailability this week and stating that he had "put [this case] on the back burner" this week. Mr. Lesowitz went on to state that mediation would be counter-productive since it would cut into the funds available for settlement. This was the first time that counsel for Puig expressed a lack of desire to attend mediation. Furthermore, a belief that mediation would be "counter-productive" does not alleviate the parties' Court Ordered requirement to attend mediation.  Mr. Finaldi responded to this email reiterating the October 11, 2021, deadline and advising that Jane Roe would prepare this instant filing.  After the close of business on Friday, October 8, 2021, Mr. Lesowitz replied indicating that they'd like to use "a lower-price mediator" and inform the Court jointly that there was already a pre-filing mediation and that the parties "are in the process of providing you information important for settlement purposes that we would like to complete prior to a second mediation, and request additional time to complete a mediation." Plaintiff is not clear what "information" Mr. Lesowitz was referring to and further does not believe

additional time is required to complete a mediation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 11th day of October, 2021, at Irvine, California.

_____
Haley K. Aanestad

CERTIFICATE OF SERVICE
*Jane Roe v. Yasiel Puig et al.*
Case No.: 2:20-cv-11064-FMO-MRW

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On October 11, 2021, I served a true copy of **PLAINTIFF JANE ROE'S STATUS REPORT RE: SETTLEMENT; DECLARATION OF HALEY K. AANESTAD**

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B)

[ ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the parties indicated on the attached service list;

[X]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

[ ]   By Electronic Service: On this date, I emailed a copy of the foregoing document to the email address of the parties indicated on the attached service list.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

/s/   Kathy Frederiksen

Place of Mailing: Irvine, California
Executed on **October 11, 2021,** at Irvine, California.

Certificate of Service
Case No. 2:20-cv-11064-FMO-MRWx

# SERVICE LIST

**STEVEN T. GEBELIN (SBN 261507)**
steven@lawbylg.com
**SCOTT M. LESOWITZ (SBN 261759)**
scott@lawbylg.com
**LESOWITZ GEBELIN LLP**
8383 Wilshire Blvd., Suite 800
Beverly Hills, CA 90211
Telephone: (310) 341-3072
Facsimile: (310) 341-3070
Attorneys for DEFENDANT Yasiel Puig

Certificate of Service
Case No. 2:20-cv-11064-FMO-MRWx