# EXHIBIT "1"

# Haley Aanestad

| | |
|---|---|
| **From:** | Vince Finaldi |
| **Sent:** | Thursday, September 16, 2021 6:23 AM |
| **To:** | steven@lawbylg.com |
| **Cc:** | scott@lawbylg.com; Haley Aanestad; Alex Cunny; Courtney Pendry |
| **Subject:** | Re: Puig v Roe- Settlement Communication |

That's fine. We can go to Kim Deck if you would like. Or of you would like to try someone new, we could try Hon. Tim Casserly. He recently retired from the San Diego bench and has availability. A man might be better with your client. Let me know your preference and I will get their availability.

Vince William Finaldi, Esq.
**MANLY, STEWART & FINALDI**
19100 Von Karman Ave. Ste. 800
Irvine, CA 92612
P (949) 252-9990
F (949) 252-9991
vfinaldi@manlystewart.com

> On Sep 15, 2021, at 5:20 PM, steven@lawbylg.com wrote:
>
> Vince,
>
> I wanted to write and follow up on our prior conversations concerning working towards a settlement, including potentially holding another mediation.
>
> Given our continuation of discovery is limited, and we all understand that costs and fees mount as more of it is completed, I wanted to check in with your side about opening negotiations and even setting up a mediation. If you'd prefer our office to take the lead in booking a mediation, I'm able, but would ask for your availability (especially in light of your upcoming trial commitments you mentioned on the phone today) and some preferences for mediators- I believe you had mentioned Ms. Deck with Judicate West.
>
> Relatedly, we are expecting to be able to provide your office with documents relating to Mr. Puig's financial condition early next week (prior to due dates for written discovery served by your office). We expect that they will be helpful to both sides in the negotiations, and want to make sure you are able to digest them in advance of mediation. While we will continue to schedule our discovery as needed, we currently do not see a need to complete any specific items to engage in meaningful negotiations / mediation.
>
> Best regards,
>
> <image001.png>
>
> Steven Gebelin
> 8383 Wilshire Blvd., Suite 800
> Beverly Hills, CA 90211
> 310-341-3072

1

steven@lawbylg.com