# EXHIBIT "2"

# Haley Aanestad

| | |
|---|---|
| **From:** | Vince Finaldi |
| **Sent:** | Monday, September 27, 2021 11:16 AM |
| **To:** | scott@lawbylg.com |
| **Cc:** | steven@lawbylg.com; Alex Cunny; Courtney Pendry; Kathy Frederiksen; Haley Aanestad |
| **Subject:** | RE: Jane Roe v. Yasiel Puig Minute Order Re: Punitive Damages Claim |

Scott and Steven,

We just heard that Janet Fields is available on 10/4. Does that date work for you?

Vince William Finaldi, Esq.
**MANLY, STEWART & FINALDI**
19100 Von Karman Avenue, Suite 800
Irvine, California 92612
Phone: (949) 252-9990
Direct: (949) 943-8423
Fax: (949) 252-9991
vfinaldi@manlystewart.com



THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PROTECTED BY THE ATTORNEY-CLIENT AND/OR THE ATTORNEY-WORK PRODUCT PRIVILEGES. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED ABOVE AND THE PRIVILEGES ARE NOT WAIVED BY VIRTUE OF THIS HAVING BEEN SENT BY E-MAIL. IF THE PERSON ACTUALLY RECEIVING THIS E-MAIL OR ANY OTHER READER OF THE E-MAIL IS NOT THE NAMED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED RECIPIENT, ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

---

**From:** Vince Finaldi <vfinaldi@manlystewart.com>
**Sent:** Friday, September 24, 2021 3:46 PM
**To:** scott@lawbylg.com
**Cc:** steven@lawbylg.com; Alex Cunny <acunny@manlystewart.com>; Courtney Pendry <cpendry@manlystewart.com>; Kathy Frederiksen <kfrederiksen@manlystewart.com>; Haley Aanestad <haanestad@manlystewart.com>
**Subject:** Re: Jane Roe v. Yasiel Puig Minute Order Re: Punitive Damages Claim

I found mediators and also gave you dates. I am not going to go to some bozo mediator just because they happen to be available. If your client does not want to mediate, that's fine…just tell the judge. Otherwise I suggest you select one of the dates we offered.

Vince William Finaldi, Esq.
**MANLY, STEWART & FINALDI**
19100 Von Karman Ave. Ste. 800
Irvine, CA 92612
P (949) 252-9990
F (949) 252-9991
vfinaldi@manlystewart.com

> On Sep 24, 2021, at 3:42 PM, scott@lawbylg.com wrote:

Vince, we would like to do the mediation the week of October 4. The week of, and the week after, October 11 do not work for our client. I am sure there is a suitable mediator available the week of October 4 if we try hard enough. Please let us know if you have suggestions, and we will think of people as well. Thank you for your understanding and flexibility in advance.

Scott Lesowitz
Lesowitz Gebelin LLP
8383 Wilshire Boulevard, Suite 800
Beverly Hills, California 90211
310-341-3076

**From:** steven@lawbylg.com <steven@lawbylg.com>
**Sent:** Thursday, September 23, 2021 7:15 PM
**To:** 'Vince Finaldi' <vfinaldi@manlystewart.com>; scott@lawbylg.com
**Cc:** 'Alex Cunny' <acunny@manlystewart.com>; 'Courtney Pendry' <cpendry@manlystewart.com>; 'Kathy Frederiksen' <kfrederiksen@manlystewart.com>; 'Haley Aanestad' <haanestad@manlystewart.com>
**Subject:** RE: Jane Roe v. Yasiel Puig Minute Order Re: Punitive Damages Claim

Vince,

We're checking with our client to confirm his availability on the dates you provided. We will get back to you to as soon as we are able.

Steven Gebelin
steven@lawbylg.com
Lesowitz Gebelin LLP
310-341-3072

**From:** Vince Finaldi <vfinaldi@manlystewart.com>
**Sent:** Thursday, September 23, 2021 3:57 PM
**To:** scott@lawbylg.com; steven@lawbylg.com
**Cc:** Alex Cunny <acunny@manlystewart.com>; Courtney Pendry <cpendry@manlystewart.com>; Kathy Frederiksen <kfrederiksen@manlystewart.com>; Haley Aanestad <haanestad@manlystewart.com>
**Subject:** RE: Jane Roe v. Yasiel Puig Minute Order Re: Punitive Damages Claim

Also, just heard from Judge Casserly's case manager. She says he can make himself available this Monday, September 27.

Let me know.

Vince William Finaldi, Esq.
**MANLY, STEWART & FINALDI**
19100 Von Karman Avenue, Suite 800
Irvine, California 92612
Phone: (949) 252-9990
Direct: (949) 943-8423
Fax: (949) 252-9991
vfinaldi@manlystewart.com

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PROTECTED BY THE ATTORNEY-CLIENT AND/OR THE ATTORNEY-WORK PRODUCT PRIVILEGES. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED ABOVE AND THE PRIVILEGES ARE NOT WAIVED BY VIRTUE OF THIS HAVING BEEN SENT BY E-MAIL. IF THE PERSON ACTUALLY RECEIVING THIS E-MAIL OR ANY OTHER READER OF THE E-MAIL IS NOT THE NAMED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED RECIPIENT, ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

**From:** Vince Finaldi
**Sent:** Thursday, September 23, 2021 3:17 PM
**To:** 'scott@lawbylg.com' <scott@lawbylg.com>; steven@lawbylg.com
**Cc:** Alex Cunny <acunny@manlystewart.com>; Courtney Pendry <cpendry@manlystewart.com>; Kathy Frederiksen <kfrederiksen@manlystewart.com>; Haley Aanestad <haanestad@manlystewart.com>
**Subject:** RE: Jane Roe v. Yasiel Puig Minute Order Re: Punitive Damages Claim

Alright, Kim Deck's case manager says the following:

She has September 29, starting at 1:30, and Oct 11.

Do either of these work???

Vince William Finaldi, Esq.
**MANLY, STEWART & FINALDI**
19100 Von Karman Avenue, Suite 800
Irvine, California 92612
Phone: (949) 252-9990
Direct: (949) 943-8423
Fax: (949) 252-9991
vfinaldi@manlystewart.com
<image001.jpg>

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PROTECTED BY THE ATTORNEY-CLIENT AND/OR THE ATTORNEY-WORK PRODUCT PRIVILEGES. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED ABOVE AND THE PRIVILEGES ARE NOT WAIVED BY VIRTUE OF THIS HAVING BEEN SENT BY E-MAIL. IF THE PERSON ACTUALLY RECEIVING THIS E-MAIL OR ANY OTHER READER OF THE E-MAIL IS NOT THE NAMED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED RECIPIENT, ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

**From:** scott@lawbylg.com <scott@lawbylg.com>
**Sent:** Thursday, September 23, 2021 3:05 PM
**To:** Vince Finaldi <vfinaldi@manlystewart.com>; steven@lawbylg.com
**Cc:** Alex Cunny <acunny@manlystewart.com>; Courtney Pendry <cpendry@manlystewart.com>; Kathy Frederiksen <kfrederiksen@manlystewart.com>; Haley Aanestad <haanestad@manlystewart.com>
**Subject:** RE: Jane Roe v. Yasiel Puig Minute Order Re: Punitive Damages Claim

Vince, I believe it was said on our group call this morning that our mediation deadline is October 11. While October 15 is not that far after October 11, there are many mediators in the Los Angeles area. Why don't we use someone who will be available by the current deadline?

Best regards,
Scott

Scott Lesowitz
Lesowitz Gebelin LLP

8383 Wilshire Boulevard, Suite 800
Beverly Hills, California 90211
310-341-3076

---

**From:** Vince Finaldi <vfinaldi@manlystewart.com>
**Sent:** Thursday, September 23, 2021 2:31 PM
**To:** steven@lawbylg.com; scott@lawbylg.com
**Cc:** Alex Cunny <acunny@manlystewart.com>; Courtney Pendry <cpendry@manlystewart.com>; Kathy Frederiksen <kfrederiksen@manlystewart.com>; Haley Aanestad <haanestad@manlystewart.com>
**Subject:** RE: Jane Roe v. Yasiel Puig Minute Order Re: Punitive Damages Claim

Sorry, I typed too fast. Not deposition…I meant mediation.

Vince William Finaldi, Esq.
**MANLY, STEWART & FINALDI**
19100 Von Karman Avenue, Suite 800
Irvine, California 92612
Phone: (949) 252-9990
Direct: (949) 943-8423
Fax: (949) 252-9991
vfinaldi@manlystewart.com
<image001.jpg>

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PROTECTED BY THE ATTORNEY-CLIENT AND/OR THE ATTORNEY-WORK PRODUCT PRIVILEGES. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED ABOVE AND THE PRIVILEGES ARE NOT WAIVED BY VIRTUE OF THIS HAVING BEEN SENT BY E-MAIL. IF THE PERSON ACTUALLY RECEIVING THIS E-MAIL OR ANY OTHER READER OF THE E-MAIL IS NOT THE NAMED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED RECIPIENT, ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

---

**From:** Vince Finaldi
**Sent:** Thursday, September 23, 2021 2:14 PM
**To:** 'steven@lawbylg.com' <steven@lawbylg.com>; 'scott@lawbylg.com' <scott@lawbylg.com>
**Cc:** Alex Cunny <acunny@manlystewart.com>; Courtney Pendry <cpendry@manlystewart.com>; Kathy Frederiksen <kfrederiksen@manlystewart.com>; Haley Aanestad <haanestad@manlystewart.com>
**Subject:** RE: Jane Roe v. Yasiel Puig Minute Order Re: Punitive Damages Claim

Scott and Steven,

Judge Casserly's case manager says he is available for deposition on October 15, 2021. Does that date work for you?

Please advise asap because his calendar is quite full.

Thanks,

Vince William Finaldi, Esq.
**MANLY, STEWART & FINALDI**
19100 Von Karman Avenue, Suite 800
Irvine, California 92612
Phone: (949) 252-9990
Direct: (949) 943-8423
Fax: (949) 252-9991
vfinaldi@manlystewart.com

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PROTECTED BY THE ATTORNEY-CLIENT AND/OR THE ATTORNEY-WORK PRODUCT PRIVILEGES. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED ABOVE AND THE PRIVILEGES ARE NOT WAIVED BY VIRTUE OF THIS HAVING BEEN SENT BY E-MAIL. IF THE PERSON ACTUALLY RECEIVING THIS E-MAIL OR ANY OTHER READER OF THE E-MAIL IS NOT THE NAMED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED RECIPIENT, ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

**From:** Vince Finaldi
**Sent:** Thursday, September 23, 2021 1:21 PM
**To:** 'steven@lawbylg.com' <steven@lawbylg.com>; scott@lawbylg.com
**Cc:** Alex Cunny <acunny@manlystewart.com>; Courtney Pendry <cpendry@manlystewart.com>; Kathy Frederiksen <kfrederiksen@manlystewart.com>; Haley Aanestad <haanestad@manlystewart.com>
**Subject:** RE: Jane Roe v. Yasiel Puig Minute Order Re: Punitive Damages Claim

Scott,

Thanks for the email.

Business Records:
Confirmed as to 1, 2. How about 30 days to get this information to you, with Verifications? As to 3, please see the attached proposed Stipulation and Proposed Order.

Phone Records:
Here is a proposed resolution: if we agree to give you phone records of our client, unredacted but under the protective order, for a given date range, will you reciprocate and agree to provide us the same for yours? This seems inherently fair and reasonable. Let me know.

Mediation:
I reached out for dates and will let you know when I hear back.

Vince William Finaldi, Esq.
**MANLY, STEWART & FINALDI**
19100 Von Karman Avenue, Suite 800
Irvine, California 92612
Phone: (949) 252-9990
Direct: (949) 943-8423
Fax: (949) 252-9991
vfinaldi@manlystewart.com
<image001.jpg>

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PROTECTED BY THE ATTORNEY-CLIENT AND/OR THE ATTORNEY-WORK PRODUCT PRIVILEGES. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED ABOVE AND THE PRIVILEGES ARE NOT WAIVED BY VIRTUE OF THIS HAVING BEEN SENT BY E-MAIL. IF THE PERSON ACTUALLY RECEIVING THIS E-MAIL OR ANY OTHER READER OF THE E-MAIL IS NOT THE NAMED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED RECIPIENT, ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

**From:** steven@lawbylg.com <steven@lawbylg.com>
**Sent:** Thursday, September 23, 2021 12:30 PM
**To:** scott@lawbylg.com; Vince Finaldi <vfinaldi@manlystewart.com>
**Cc:** Alex Cunny <acunny@manlystewart.com>; Courtney Pendry <cpendry@manlystewart.com>; Kathy Frederiksen <kfrederiksen@manlystewart.com>; Haley Aanestad <haanestad@manlystewart.com>
**Subject:** RE: Jane Roe v. Yasiel Puig Minute Order Re: Punitive Damages Claim

Vince,

Following up on our conversation this morning:

Concerning the subpoenas to Plaintiff's businesses:
1) We agreed that the documents produced will be subject to confidentiality under the protective order
2) We agreed that the subpoenas will be limited to:
    a. Documents sufficient to show Plaintiff's ownership interest in each business;
    b. Documents sufficient to show the value/net worth of each business, including income, expenses, assets, and liabilities;
    c. Documents sufficient to show Plaintiff's income from the businesses, payments to the businesses, and any assets or liabilities she has with respect to the businesses apart from ownership (*e.g.* loans to her from the businesses, assets of hers leased to the businesses)
    d. To the extent that the documents contain private account information of third-parties (e.g. clients of the businesses), the account information will be redacted for now, and we reserve the right to seek such information at a later date.
3) You agreed to prepare a stipulation concerning Plaintiff's waiver of claims/damages concerning her lost income / lost wages / etc.

Concerning the phone records subpoena we appear to have made progress, but not yet reached a full resolution.
1) You agreed that concerning the phone and text logs, the full records for the month after the incident date (October 31, 2018) should be fair to produce.
2) You disagreed about whether the full logs in the month surrounding the parties last communication (February 18, 2019) would be relevant- I said they would seem to be similarly tailored, and you did not agree.
3) You also disagreed that the logs in the month leading up to Plaintiff's first demands/claims against Puig (mid-June 2019) would be relevant.
4) I believe you did not see an issue with the production of the invoices (not logs) for the period in the subpoena, particularly in light of the issue concerning whether Plaintiff's phone was replaced during that time.

On the phone records, for the time periods where we're not in agreement about production of the full text / phone logs, would there be any issue with production of the records showing only the communications between the parties?

Best,

Steven Gebelin
steven@lawbylg.com
Lesowitz Gebelin LLP
310-341-3072

---

**From:** steven@lawbylg.com <steven@lawbylg.com>
**Sent:** Wednesday, September 22, 2021 1:17 PM
**To:** 'Haley Aanestad' <haanestad@manlystewart.com>; scott@lawbylg.com
**Cc:** 'Vince Finaldi' <vfinaldi@manlystewart.com>; 'Alex Cunny' <acunny@manlystewart.com>; 'Courtney Pendry' <cpendry@manlystewart.com>; 'Kathy Frederiksen' <kfrederiksen@manlystewart.com>
**Subject:** RE: Jane Roe v. Yasiel Puig Minute Order Re: Punitive Damages Claim

Hi All,

Zoom details and link below for tomorrow's meeting:

Steven Gebelin is inviting you to a scheduled Zoom meeting.

Topic: Roe v. Puig- M/c re Business Records
Time: Sep 23, 2021 10:30 AM Pacific Time (US and Canada)

Join Zoom Meeting
https://us02web.zoom.us/j/87011134509?pwd=ZXBmQU44T0xTZEI1dGtFWlhONUxZQT09

Meeting ID: 870 1113 4509
Passcode: 003303
One tap mobile
+16699006833,,87011134509#,,,,*003303# US (San Jose)
+13462487799,,87011134509#,,,,*003303# US (Houston)

Dial by your location
    +1 669 900 6833 US (San Jose)
    +1 346 248 7799 US (Houston)
    +1 253 215 8782 US (Tacoma)
    +1 301 715 8592 US (Washington DC)
    +1 312 626 6799 US (Chicago)
    +1 929 205 6099 US (New York)
Meeting ID: 870 1113 4509
Passcode: 003303
Find your local number: https://us02web.zoom.us/u/kdza000i91


Steven Gebelin
steven@lawbylg.com
Lesowitz Gebelin LLP
310-341-3072

---

**From:** Haley Aanestad <haanestad@manlystewart.com>
**Sent:** Wednesday, September 22, 2021 10:39 AM
**To:** steven@lawbylg.com; scott@lawbylg.com
**Cc:** Vince Finaldi <vfinaldi@manlystewart.com>; Alex Cunny <acunny@manlystewart.com>; Courtney Pendry <cpendry@manlystewart.com>; Kathy Frederiksen <kfrederiksen@manlystewart.com>
**Subject:** RE: Jane Roe v. Yasiel Puig Minute Order Re: Punitive Damages Claim

Mr. Gebelin,

Sounds good, thank you. Please circulate a zoom link at your earliest convenience.

Best,
**HALEY AANESTAD**
Associate Attorney
**MANLY, STEWART & FINALDI**
19100 Von Karman Avenue, Suite 800

7

Irvine, CA  92612
Phone: (949) 252-9990
Fax: (949) 252-9991
haanestad@manlystewart.com

<image002.png>

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PROTECTED BY THE ATTORNEY-CLIENT AND/OR THE ATTORNEY-WORK PRODUCT PRIVILEGES. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED ABOVE AND THE PRIVILEGES ARE NOT WAIVED BY VIRTUE OF THIS HAVING BEEN SENT BY E-MAIL. IF THE PERSON ACTUALLY RECEIVING THIS E-MAIL OR ANY OTHER READER OF THE E-MAIL IS NOT THE NAMED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED RECIPIENT, ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

---

**From:** steven@lawbylg.com <steven@lawbylg.com>
**Sent:** Wednesday, September 22, 2021 8:31 AM
**To:** Haley Aanestad <haanestad@manlystewart.com>; scott@lawbylg.com
**Cc:** Vince Finaldi <vfinaldi@manlystewart.com>; Alex Cunny <acunny@manlystewart.com>; Courtney Pendry <cpendry@manlystewart.com>
**Subject:** RE: Jane Roe v. Yasiel Puig Minute Order Re: Punitive Damages Claim

Ms. Aanestad,

I am available tomorrow at 10:30 am to confer on the business records as suggested by the Court.  I can send around a Zoom meeting, or you can circulate a dial-in.

Best,

Steven Gebelin
steven@lawbylg.com
Lesowitz Gebelin LLP
310-341-3072

---

**From:** Haley Aanestad <haanestad@manlystewart.com>
**Sent:** Tuesday, September 21, 2021 10:49 AM
**To:** scott@lawbylg.com; steven@lawbylg.com
**Cc:** Vince Finaldi <vfinaldi@manlystewart.com>; Alex Cunny <acunny@manlystewart.com>; Courtney Pendry <cpendry@manlystewart.com>
**Subject:** Jane Roe v. Yasiel Puig Minute Order Re: Punitive Damages Claim

Good Morning Mr. Gebelin and Mr. Lesowitz,

In light of the Court's Minute Order entitled "MINUTE (IN CHAMBERS) ORDER RE: PUNITIVE DAMAGES CLAIM by Magistrate Judge Michael R. Wilner" we invite a discussion regarding discovery into Jane Roe's businesses' financial records. Please advise if you available to discuss the issue on **Thursday, September 23 at 10:30 a.m.**

**HALEY AANESTAD**
Associate Attorney
**MANLY,  STEWART & FINALDI**
19100 Von Karman Avenue, Suite 800
Irvine, CA  92612
Phone: (949) 252-9990

Fax: (949) 252-9991
haanestad@manlystewart.com

<image002.png>

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PROTECTED BY THE ATTORNEY-CLIENT AND/OR THE ATTORNEY-WORK PRODUCT PRIVILEGES. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED ABOVE AND THE PRIVILEGES ARE NOT WAIVED BY VIRTUE OF THIS HAVING BEEN SENT BY E-MAIL. IF THE PERSON ACTUALLY RECEIVING THIS E-MAIL OR ANY OTHER READER OF THE E-MAIL IS NOT THE NAMED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED RECIPIENT, ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.