# EXHIBIT "3"

# Haley Aanestad

| | |
|---|---|
| **From:** | steven@lawbylg.com |
| **Sent:** | Tuesday, September 28, 2021 5:15 PM |
| **To:** | Vince Finaldi; scott@lawbylg.com |
| **Cc:** | Courtney Pendry; Kathy Frederiksen; Alex Cunny; Haley Aanestad |
| **Subject:** | RE: Judge Rodriguez and Judge Firmat |

Hi Vince,

Sorry for the delay- we've followed up with our client to confirm the date, but probably won't hear back today since it's after 8 pm on the East Coast. I hope to hear back in the morning.

Steven Gebelin
steven@lawbylg.com
Lesowitz Gebelin LLP
310-341-3072

---

**From:** Vince Finaldi <vfinaldi@manlystewart.com>
**Sent:** Tuesday, September 28, 2021 3:36 PM
**To:** scott@lawbylg.com
**Cc:** steven@lawbylg.com; Courtney Pendry <cpendry@manlystewart.com>; Kathy Frederiksen <kfrederiksen@manlystewart.com>; Alex Cunny <acunny@manlystewart.com>; Haley Aanestad <haanestad@manlystewart.com>
**Subject:** RE: Judge Rodriguez and Judge Firmat

Scott and Steven,

We have to get back to Morgan. Please provide a response to the below email.

Thanks.

Vince William Finaldi, Esq.
**MANLY, STEWART & FINALDI**
19100 Von Karman Avenue, Suite 800
Irvine, California 92612
Phone: (949) 252-9990
Direct: (949) 943-8423
Fax: (949) 252-9991
vfinaldi@manlystewart.com



THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PROTECTED BY THE ATTORNEY-CLIENT AND/OR THE ATTORNEY-WORK PRODUCT PRIVILEGES. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED ABOVE AND THE PRIVILEGES ARE NOT WAIVED BY VIRTUE OF THIS HAVING BEEN SENT BY E-MAIL. IF THE PERSON ACTUALLY RECEIVING THIS E-MAIL OR ANY OTHER READER OF THE E-MAIL IS NOT THE NAMED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED RECIPIENT, ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

**From:** Vince Finaldi
**Sent:** Monday, September 27, 2021 4:22 PM
**To:** 'scott@lawbylg.com' <scott@lawbylg.com>
**Cc:** steven@lawbylg.com; Courtney Pendry <cpendry@manlystewart.com>; Kathy Frederiksen <kfrederiksen@manlystewart.com>; Alex Cunny <acunny@manlystewart.com>; Haley Aanestad <haanestad@manlystewart.com>
**Subject:** RE: Judge Rodriguez and Judge Firmat

I am not available on October 4, but I am willing to go see Judge Firmat. I asked Megan and she said he can do October 7 from 8-11 and 2-7 (he has a lunch meeting he can't miss). Now, he will only do in person if everyone is vaccinated. I think it would be good if your client was in person with him…is he vaccinated? Let me know.

Vince William Finaldi, Esq.
**MANLY, STEWART & FINALDI**
19100 Von Karman Avenue, Suite 800
Irvine, California 92612
Phone: (949) 252-9990
Direct: (949) 943-8423
Fax: (949) 252-9991
vfinaldi@manlystewart.com



THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PROTECTED BY THE ATTORNEY-CLIENT AND/OR THE ATTORNEY-WORK PRODUCT PRIVILEGES. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED ABOVE AND THE PRIVILEGES ARE NOT WAIVED BY VIRTUE OF THIS HAVING BEEN SENT BY E-MAIL. IF THE PERSON ACTUALLY RECEIVING THIS E-MAIL OR ANY OTHER READER OF THE E-MAIL IS NOT THE NAMED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED RECIPIENT, ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

**From:** scott@lawbylg.com <scott@lawbylg.com>
**Sent:** Monday, September 27, 2021 4:08 PM
**To:** Vince Finaldi <vfinaldi@manlystewart.com>
**Cc:** steven@lawbylg.com; Courtney Pendry <cpendry@manlystewart.com>; Kathy Frederiksen <kfrederiksen@manlystewart.com>; Alex Cunny <acunny@manlystewart.com>; Haley Aanestad <haanestad@manlystewart.com>
**Subject:** FW: Judge Rodriguez and Judge Firmat

Hello Vince, below and attached is the information on the two Spanish-speaking retired judges at ADR Services that I referenced on our call just now.

Scott Lesowitz
Lesowitz Gebelin LLP
8383 Wilshire Boulevard, Suite 800
Beverly Hills, California 90211
310-341-3076

**From:** Megan Nomura <megan@adrservices.com>
**Sent:** Monday, September 27, 2021 12:09 PM
**To:** scott@lawbylg.com
**Cc:** steven@lawbylg.com; Zuzana Bastow <zuzana@adrservices.com>
**Subject:** RE: Judge Rodriguez and Judge Firmat

2

Dear Mr. Lesowitz,

Thank you for contacting ADR Services, Inc. regarding this matter.

Below, please find the availability of the neutrals you requested to conduct a mediation **during the week of October 4, 2021:**

| NEUTRAL | AVAILABILITY |
| --- | --- |
| Hon. Francisco F. Firmat* $675/hour | *October 4* |
| Hon. Luis A. Rodriguez $650/hour | *October 5, 6, 8* |

Our neutrals' Fee Schedules are attached for your reference. In addition to our neutral's hourly rates, ADR Services, Inc. bills a one-time non-refundable administrative fee of $250 per party. For your convenience, I have hyperlinked our neutrals' resumes and representative case summaries above.

*Please note that Judge Firmat is currently scheduling all matters remotely, via Zoom conference until further notice, unless all participants are vaccinated. Please let me know if you have any questions about using the platform. Judge Rodriguez is available to conduct the mediation either via Zoom or in person in one of our offices.

If you have any questions, please contact me. We look forward to working with you on this matter.

**Kindly confirm receipt of this e-mail. Thank you.**

Sincerely,
Megan Nomura


**Megan Nomura**, Manager

megan@adrservices.com | O: 949.863.9800 | M: 714.608.0371
19000 MacArthur Boulevard, Suite 550, Irvine, California 92612

Sign up to manage your cases *anytime, anywhere* with AMS »





Seven Offices Statewide: Century City | Los Angeles | Orange County | San Diego | San Francisco | Oakland | San Jose

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

---

**From:** scott@lawbylg.com <scott@lawbylg.com>
**Sent:** Monday, September 27, 2021 11:36 AM
**To:** Megan Nomura <megan@adrservices.com>; Zuzana Bastow <zuzana@adrservices.com>
**Cc:** Theresa Nguyen <theresa@adrservices.com>; Kathleen Emma <kathleen@adrservices.com>; steven@lawbylg.com
**Subject:** Judge Rodriguez and Judge Firmat

Hello,

My firm represents a defendant in a sexual assault lawsuit who is a Spanish speaker with limited ability to communicate in English. It appears that the Honorable Francisco F. Firmat and the Honorable Luis A. Rodriguez are both retired judges with significant civil experience and are fluent Spanish speakers. What are their availability the week of October 4 for a mediation? Also, what are their rates?

Thank you very much,
Scott Lesowitz


Scott Lesowitz
Lesowitz Gebelin LLP
8383 Wilshire Boulevard, Suite 800
Beverly Hills, California 90211
310-755-9239