# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-11064 FMO (MRWx) | Date | **October 15, 2021** |
|---|---|---|---|
| Title | **Jane Roe v. Yasiel Puig** | | |

Present: The Honorable    Fernando M. Olguin, United States District Judge

| Joseph Remigio | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):        Attorney Present for Defendant(s):

None Present                 None Present

**Proceedings:**    (In Chambers) Order to Show Cause Re: Sanctions

Pursuant to the Court's Order of April 12, 2021, the parties were required to complete a settlement conference before [a private mediator no later than October 11, 2021. (See Dkt. 51, Court's Order of April 12, 2021). If the case settled, the parties were required to file a Notice of Settlement no later than 24 hours after settlement. (See id.). Otherwise, the parties were required to file a Status Report Re: Settlement no later than 48 hours after the settlement conference was complete. (See id.). On October 11, 2021, plaintiff filed a Status Report Re: Settlement (Dkt. 151, "Status Report"), confirming that the parties did not comply with the deadline set forth in the Court's Order of April 12, 2021, and the reasons for that failure. (See id.).

Based on the foregoing, IT IS ORDERED THAT on **November 4, 2021, at 10:00** in Courtroom 6D of the First Street Courthouse, 350 W. 1st Street, Los Angeles, CA 90012, lead counsel for the parties shall show cause why sanctions should not be imposed for failure to comply with an order of the Court. Failure of lead counsel to appear shall result in the imposition of sanctions

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | jre |