JOHN C. MANLY (State Bar No. 149080)
jmanly@manlystewart.com
VINCE W. FINALDI (State Bar No. 238279)
vfinaldi@manlystewart.com
ALEX E. CUNNY (State Bar No. 291567)
acunny@manlystewart.com
COURTNEY P. PENDRY (State Bar No. 327382)
cpendry@manlystewart.com
HALEY K. AANESTAD (State Bar No. 334382)
haanestad@manlystewart.com
**MANLY STEWART FINALDI**
19100 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 252-9990
Facsimile: (949) 252-9991

*Attorneys for Plaintiff* JANE ROE

STEVEN T. GEBELIN (SBN 261507)
steven@lawbylg.com
SCOTT M. LESOWITZ (SBN 261759)
scott@lawbylg.com
**LESOWITZ GEBELIN LLP**
8383 Wilshire Blvd., Suite 800
Beverly Hills, CA 90211
Telephone:  (310) 341-3072
Facsimile:   (310) 341-3070

*Attorneys for Defendant* YASIEL PUIG

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br>　　　　　Plaintiff,<br><br>v.<br><br>YASIEL PUIG, and DOES 1- 10, inclusive,<br>　　　　　Defendants.<br><br>AND CROSS ACTION | Case No. 2:20-cv-11064-FMO-MRW<br><br>*The Honorable Fernando M. Olguin*<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>FAC Filed: Dec. 30, 2020<br>Trial date:  May 3, 2022 |

Pursuant to FRCP Rule 41(a)(1)(A)(ii) and Local Rules 16-15.7 and 40-2, Plaintiff and Counter-Defendant JANE ROE ("Plaintiff") and Defendant and Counterclaimant YASIEL PUIG ("Defendant") (hereinafter, "the Parties"), jointly notify the court that a

1

JOINT NOTICE OF SETTLEMENT

full settlement has been reached in the above-captioned case. The Parties, therefore, apply to this Honorable Court to enter an order vacating all currently set proceedings with the expectation that the Parties' Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 31 days of the entry of such an order.

DATED: October 27, 2021           MANLY STEWART FINALDI[1]

By: /s/ *signature*
VINCE FINALDI
ALEX CUNNY
COURTNEY PENDRY
HALEY AANESTAD
Attorneys for Plaintiff and Counter-Defendant Jane Roe

DATED: October 28, 2021           LESOWITZ GEBELIN LLP

By: /s/ *signature*
STEVEN GEBELIN
SCOTT LESOWITZ
Attorneys for Defendant and Counterclaimant Yasiel Puig

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this document, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur with the contents of this filing and have so authorized this filing.