JOHN C. MANLY (State Bar No. 149080)
jmanly@manlystewart.com
VINCE W. FINALDI (State Bar No. 238279)
vfinaldi@manlystewart.com
ALEX E. CUNNY (State Bar No. 291567)
acunny@manlystewart.com
COURTNEY P. PENDRY (State Bar No. 327382)
cpendry@manlystewart.com
HALEY K. AANESTAD (State Bar No. 334382)
haanestad@manlystewart.com
**MANLY STEWART FINALDI**
19100 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 252-9990
Facsimile: (949) 252-9991

*Attorneys for Plaintiff* JANE ROE

STEVEN T. GEBELIN (SBN 261507)
steven@lawbylg.com
SCOTT M. LESOWITZ (SBN 261759)
scott@lawbylg.com
**LESOWITZ GEBELIN LLP**
8383 Wilshire Blvd., Suite 800
Beverly Hills, CA 90211
Telephone:  (310) 341-3072
Facsimile:   (310) 341-3070

*Attorneys for Defendant* YASIEL PUIG

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br>               Plaintiff,<br><br>v.<br><br>YASIEL PUIG, and DOES 1- 10, inclusive,<br>               Defendants.<br><br>AND CROSS ACTION | Case No. 2:20-cv-11064-FMO-MRW<br><br>The Honorable Fernando M. Olguin<br><br>**STIPULATION AND REQUEST FOR EXTENSION TO RE-OPEN ACTION IF SETTLEMENT IS NOT CONSUMMATED**<br><br>FAC Filed:  Dec. 30, 2020<br>Trial date:  May 3, 2022 |

Pursuant to the Court's November 1, 2021, Order, the above captioned matter was

dismissed without costs and without prejudice, upon good cause shown within 30 days

from the filing date of the Order, to re-open the action if settlement is not consummated. As of today's date, the settlement has not been consummated as Defendant Yasiel Puig has failed to pay the settlement amount of $250,000.00 ("Settlement Amount"), as called for in the terms of the Settlement Agreement. Pursuant to the terms of the Settlement Agreement, the full Settlement Amount was due to Plaintiff Jane Roe on or before November 27, 2021.

On November 23, 2021, counsel for Defendant Yasiel Puig contacted counsel for Jane Roe and informed them that full payment by November 27, 2021, as required under the terms of the Settlement Agreement, would have to be delayed.

On November 29, 2021, counsel for both parties engaged in a telephonic conference wherein it was agreed that Defendant Yasiel Puig would pay $75,000.00 by November 30, 2021, on the condition that the remaining $175,000.00 be paid in full on or before December 24, 2021. Should Defendant Yasiel Puig fail to make either payments on the agreed upon dates, Plaintiff Jane Roe will proceed with filing a Motion to Enforce the Settlement Agreement.

///
///
///
///
///
///
///
///
///
///
///
///
///

1    Thus, the parties jointly request that the Court extend 30-day deadline to re-open

2  the action as prescribed in the November 1, 2021 Order, to January 7, 2021.

3    IT IS AGREED

4  DATED:  November  30, 2021        **MANLY STEWART FINALDI**[1]

5

6

7                    By:  *Vince W. Finaldi*
                          _____
8                         VINCE FINALDI
                          ALEX CUNNY
9                         COURTNEY PENDRY
                          HALEY AANESTAD
10                        Attorneys for Plaintiff and Counter-
11                        Defendant Jane Roe

12

13  DATED:  November 30, 2021        **LESOWITZ GEBELIN LLP**

14

15                   By:   /S/ Scott Lesowitz
                          _____
16                        STEVEN GEBELIN
                          SCOTT LESOWITZ
17                        Attorneys for Defendant and
                          Counterclaimant Yasiel Puig
18

19

20

21

22

23

24

25

26

27

28

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this document, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur with the contents of this filing and have so authorized this filing.

CERTIFICATE OF SERVICE
*Jane Roe v. Yasiel Puig et al.*
*Case No.: 2:20-cv-11064-FMO-MRW*

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On November 30, 2021, I served a true copy of **STIPULATION AND REQUEST FOR EXTENSION TO RE-OPEN ACTION IF SETTLEMENT IS NOT CONSUMMATED**

[ ]     By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B)

[ ]     By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the parties indicated on the attached service list;

[X]     By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

[ ]     By Electronic Service: On this date, I emailed a copy of the foregoing document to the email address of the parties indicated on the attached service list.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

/s/     Kathy Frederiksen

Place of Mailing:  Irvine, California
Executed on **November 30, 2021,** at Irvine, California.

1

## <u>SERVICE LIST</u>

2

3

4

5

6

7

8

**STEVEN T. GEBELIN (SBN 261507)**
steven@lawbylg.com
**SCOTT M. LESOWITZ (SBN 261759)**
scott@lawbylg.com
**LESOWITZ GEBELIN LLP**
8383 Wilshire Blvd., Suite 800
Beverly Hills, CA 90211
Telephone: (310) 341-3072
Facsimile: (310) 341-3070
Attorneys for DEFENDANT Yasiel Puig

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28