MANLY STEWART FINALDI
19100 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone (949) 252-9990

# IN THE UNITED STATES DISTRICT COURT
# FOR CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br>   Plaintiff,<br><br>v.<br><br>YASIEL PUIG, and DOES 1- 10, inclusive,<br>   Defendants.<br><br>AND CROSS ACTION | Case No. 2:20-cv-11064-FMO-MRW<br><br>The Honorable Fernando M. Olguin<br><br>**ORDER GRANTING STIPULATION AND REQUEST FOR EXTENSION TO RE-OPEN ACTION IF SETTLEMENT IS NOT CONSUMMATED**<br><br>FAC Filed:  Dec. 30, 2020<br>Trial date:   May 3, 2022 |

The Court has reviewed the Stipulation and Request for Extension to Re-Open Action if Settlement is Not Consummated. The Court finds that there is good cause to grant the Stipulation and ORDERS as follows:

1. The 30-day deadline to re-open the action as prescribed in the November 1, 2021 Order is extended to January 7, 2021.

**SO ORDERED.**

Dated:   December 1, 2021                    /s/
                                                              Honorable Fernando M. Olguin
                                                              U.S. District Judge

MANLY STEWART FINALDI
19100 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone (949) 252-9990